1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2  claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3  evettepennypacker@quinnemanuel.com
   Andrea Pallios Roberts (Bar No. 228128)
4  andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California  94065-2139
   Telephone:     (650) 801-5000
6  Facsimile:      (650) 801-5100

7  Attorneys for Defendants The Walt Disney
   Company, Walt Disney Pictures, Disney Book
8  Group, LLC, Pixar, and Disney Enterprises, Inc.

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                            SAN JOSE DIVISION

| | |
|---|---|
| 13  Deborah J. Thomas, | CASE NO. 3:07-cv-4392 |
| 14        Plaintiff, | **REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE FOR TRIAL AND DISPOSITION** |
| 15        vs. | |
| 16  The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive, | |
| 19        Defendants. | |

        The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

| | |
|---|---|
| DATED: August 30, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | By /s/ Andrea Pallios Roberts |
| | Andrea Pallios Roberts |
| | Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc. |