QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deborah J. Thomas,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>　　　　Defendants. | CASE NO. 3:07-CV-4392<br><br>**DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS' REQUEST FOR JUDICIAL NOTICE** |

I, Andrea Pallios Roberts, declare as follows:

1.　　I am an attorney licensed to practice law in the State of California. I am an associate at the law firm of Quinn Emanuel Urquhart Oliver & Hedges, LLP, counsel of record for defendants The Walt Disney Company, Walt Disney Pictures (also sued as Walt Disney Studios and Walt Disney Feature Animation), Disney Book Group, LLC (sued as Disney Press), Pixar (sued as Pixar Animation Studios), and Disney Enterprises, Inc. ("Defendants") in this matter. I make this declaration in support of Defendants' Request for Judicial Notice, filed concurrently

1  with their Motion to Dismiss Plaintiff Deborah J. Thomas' complaint.  I have personal knowledge

2  of the facts stated herein and if called to testify could and would competently testify thereto.

3       2.     On August 30, 2007, I downloaded from Westlaw a *Los Angeles Times* article

4  entitled "Disney Outlines Plan for 3 Pixar Films" and dated April 22, 2002.  In part, the article

5  reports: "First on the slate of new Disney/Pixar films is 'Finding Nemo,' and underwater

6  adventure set for release in the summer of 2003." Attached as Exhibit A is a true and correct copy

7  of the article I obtained from Westlaw.

8       3.     On August 30, 2007, I downloaded from Westlaw a *Business Week Online* article

9  entitled "Each Film Takes Four Years" and dated August 19, 2002.  The article covers an

10 interview with Pixar's Steve Jobs in which he discussed some of the challenges of making

11 "Finding Nemo."  Attached as Exhibit B is a true and correct copy of the article I obtained from

12 Westlaw.

13      4.     On August 30, 2007, I downloaded from Westlaw a *Business Week Online* article

14 entitled "Can Pixar Keep Drawing Investors" and dated August 19, 2002.  The article reports:

15 "Pixar's upcoming schedule includes Finding Nemo, about a clownfish named Marlin who lives in

16 the Great Barrier Reef with his son, Nemo (slated for release in 2003)."  Attached as Exhibit C is a

17 true and correct copy of the article I obtained from Westlaw.

18      5.     On August 30, 2007, I downloaded from Westlaw a *USA Today* article entitled

19 "New Films Make a Splash" and dated March 6, 2003.  The article reports that theater owners got

20 a "first look" at

> the latest Disney/Pixar film at the ShoWest industry convention. . . . Their prediction: Nemo will be as big as the four previous collaborations between Walt Disney and Pixar Studios. Due in theaters May 30, Nemo features the voices of Albert Brooks and Ellen DeGeneres in the story of a widower clown fish who tries to find his only son after the small fry is abducted by an Australian dentist for his aquarium."

Attached as Exhibit D is a true and correct copy of the article I obtained from Westlaw.

     6.     On August 31, 2007, I downloaded from Westlaw a *Daily Star* article dated May

20, 2003.  It reports that Claudia Schiffer took her son to the U.S. premiere of "Disney's

underwater animated movie Finding Nemo." Attached as Exhibit E is a true and correct copy of the article I obtained from Westlaw.

7. On August 31, 2007, I downloaded from Westlaw a *Chicago Sun Times* article dated May 20, 2003 and entitled "All Families on deck." It reports that Cindy Crawford took her son to the Hollywood premiere of "Finding Nemo." Attached as Exhibit F is a true and correct copy of the article I obtained from Westlaw.

8. On August 31, 2007, I downloaded from Westlaw a *Daily News* article entitled "Tinseltown Spywitness" and dated May 23, 2003. It reports on the Hollywood premiere of "Finding Nemo," saying "[c]elebrities turned out in schools and brought their little fishes along for the swim up the 'Finding Nemo' blue carpet spread out in front of the El Capitan theater Sunday afternoon." Attached as Exhibit G is a true and correct copy of the article I obtained from Westlaw.

9. On August 30, 2007, I downloaded from Westlaw a *Los Angeles Times* article entitled "'Nemo' May Hook Public on Plight of Marine Life" and dated May 25, 2003. The article discusses the concern the pet fish trade had with potential backlash caused by "Finding Nemo":

> Pet fish importers . . . worry that the story of the plucky orange-and-white-striped clownfish, kidnapped from his home in the Great Barrier Reef, will create a backlash against an industry already laboring under the perception that it damages fish habitats, particularly in coral reefs.

The article also references a premiere party the Sunday preceding the article's release. Attached as Exhibit H is a true and correct copy of the article I obtained from Westlaw.

10. On August 30, 2007, I downloaded from Westlaw a *Time Magazine* article entitled "Hook, Line and Thinker" and dated May 26, 2003. The article gives a detailed account of the film's plot as follows:

> Long before Nemo comes along, Marlin is a fussy little anxiety machine. When he learns he's to be a father -- of 400 baby clown fish -- he fidgets: 'What if they don't like me?' But he's right to be concerned for his brood in the fish-eat-fish world of Australia's Great Barrier Reef. A shark devours Marlin's wife and 399 of her eggs. That leaves little Nemo (Alexander Gould) -- the one survivor, handicapped with an underdeveloped fin -- and Marlin, burdened with an overdeveloped sense of dread. When Nemo is old enough for fish school, Dad's pessimism is again

1   validated: the lad defiantly swims into open water, where he is scooped up by an
2   angler -- a dentist, with an aquarium in his office and a nasty, piscicidal little niece
    he can't wait to give this cute clown fish to. Marlin, who must now conquer his
3   own fear of the great wet world, that 'swirling vortex of terror,' has a companion in
    his search: Dory (Ellen DeGeneres), a blue tang with a sunny disposition and a
4   short-term memory problem. In their hunt for Nemo, they are aided and threatened
    by all manner of sea creatures: a menacing anglerfish, some not entirely
5   trustworthy members of Sharks Anonymous, a school of shocking jellyfish and a
    family of surfer-due sea turtles. In captivity, Nemo finds his own friends: Peach,
6   the starfish (Allison Janney), and the tank commander Gill (Willem Dafoe), a tough
    who mutters, 'Fish ain't meant to be in a box.'

7   Attached as Exhibit I is a true and correct copy of the article I obtained from Westlaw.

8           11.     On August 30, 2007, I downloaded from Pixar's website at

9   http://www.pixar.com/companyinfo/press_box/news/20030107-99092.htm a press release entitled

10  "THQ to Develop Two Titles for Mac/IBM PC Based on Disney/Pixar's Finding Nemo" and

11  dated January 7, 2003. The press release announces that THQ will develop two video games that

12  "follow the adventures of Nemo and his marine-life friends." It also announces the offering of

13  mini-games and puzzle challenges involving the film's central characters. And finally, the press

14  release details the plot of the film:

15      *Finding Nemo* follows the comedic and eventful journeys of two fish - Marlin and
        his son Nemo - who became separated in the Great Barrier Reef when Nemo is
16      unexpectedly taken far from home and thrown into a fish tank in a dentist's office
        overlooking Sydney harbor. Buoyed by the companionship of a friendly-but-
17      forgetful fish named Dory, the overly cautious father embarks on a dangerous trek
        and finds himself the unlikely hero of an epic journey to rescue his son - who
18      hatches a few daring plans of his own to return safely home.

19  Attached as Exhibit J is a true and correct copy of the press release I obtained from the Pixar

20  website.

21          12.     On August 30, 2007, I downloaded from Pixar's website at

22  http://www.pixar.com/companyinfo/press_box/news/20030421-107870.htm a press release

23  entitled "Free movie ticket for FINDING NEMO, the upcoming Walt Disney Pictures presentation

24  of a Pixar Animation Studios film every FINDING NEMO video game" and dated April 21, 2003.

25  The press release announces "an extensive marketing campaign" supporting the release of

26  "Finding Nemo." "Highlights include a multimillion-dollar national television, print, radio and

27  online campaign, in-theater marketing, numerous cross-promotions, and a free 'Finding Nemo'

28

76171/2208723.1 76171/22
02296.1

-4-

DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF
DEFENDANTS' REQUEST FOR JUDICIAL NOTICE

1  movie ticket in all videogame units shipped with the initial launch." The press release also
2  provides the plot description included in the January 7, 2003 press release. Attached as Exhibit K
3  is a true and correct copy of the press release I obtained from the Pixar website.
4       13.   On August 30, 2007, I downloaded from Pixar's website at
5  http://www.pixar.com/companyinfo/press_box/news/20030429-107871.htm a press release
6  entitled "Finding Nemo original Motion Picture Soundtrack drifts ashore on Walt Disney records."
7  According to the Pixar website at http://www.pixar.com/companyinfo/press_box/archive_2003
8  .htm, the press release was dated May 12, 2003. The press release announces the release of the
9  original motion pictures soundtrack by Walt Disney Records on May 20, 2003. The press release
10 provides the description of the plot line and main characters provided in the January 7 and April
11 21, 2003 press releases. Attached as Exhibit L is a true and correct copy of the press release I
12 obtained from the Pixar website.
13      I declare under penalty of perjury under the laws of the United States that the foregoing is
14 true and correct.

16  DATED:  August 31, 2007

18                    /s/ Andrea Pallios Roberts
                      Andrea Pallios Roberts