# EXHIBIT F

Westlaw.                                                                  NewsRoom

5/20/03 CHISUN 32                                                                  Page 1

5/20/03 Chi. Sun-Times 32
2003 WLNR 6569588

CHICAGO SUN TIMES (IL)
Copyright © 2004 ProQuest Information and Learning. All rights reserved.

May 20, 2003

All FAMILies on deck

   Cindy Crawford and son Presley, 3, were among the celebrity parent-kid pairings at Sunday's Hollywood **premiere** of " **Finding Nemo** ." The animated film, which features the voices of Eric Bana, Albert Brooks, Willem Dafoe and Ellen DeGeneres, opens May 30.IMAGES

 Copyright Chicago Sun Times May 20, 2003

---- INDEX REFERENCES ----

Language:  EN

OTHER INDEXING:   (ERIC BANA)   (Albert Brooks; Cindy Crawford; Ellen DeGeneres; Willem Dafoe)

Word Count: 60
5/20/03 CHISUN 32
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.