# EXHIBIT K

# P I X A R

HOME    FEATURE FILMS    SHORT FILMS    THE THEATER    HOW WE DO IT    ARTIST'S CORNER    RENDERMAN    **COMPANY**

About Us    History    Jobs    **Press Box**    Frequently Asked Ques



Top News
Press Releases
Awards

**Free movie ticket for FINDING NEMO, the upcoming Walt Disney Pictures presentation of a Pixar Animation Studios film every FINDING NEMO videogame.**

**Extensive marketing campaign includes PlayStation®2, Xbox®, GameCube?,Game Boy® Advance and PC Games, all scheduled to shi early May**

CALABASAS HILLS, CA, April 21, 2003 - THQ® Inc. (NASDAQ: THQI) today announced details of an extensive marketing campaign supporting the upcoming Walt Disney Pictures Presentation of Pixar Animation Studios' Finding Nemo videogame for PlayStation®2, Xbox®, GameCube?, Game Boy® Advance and PC/MAC. Highlights include a multimillion-dollar natio television, print, radio and online campaign, in-theater marketing, numerous cross-promotions, and a free "Finding Nemo" movie ticket in all videogame units shipped with the initial launch, while supplies last. The game is schedul for release in early May and the movie will hit screens May 30.

"THQ is thrilled to support the launch of the 'Finding Nemo' videogame with unique marketing program, the focal point of which is a free movie ticket offer," said Peter Dille, senior vice president, worldwide marketing, THQ. "V look forward to the success of the movie given its mass market appeal and w ranging comedy."

'Finding Nemo' the videogame is a wonderful undersea adventure inspired by the beauty and magic of the film," said Sanjeev Lamba, vice president of marketing and international, Disney Interactive "We look forward to bringin the 'Finding Nemo' experience to videogame fans everywhere through our relationship with THQ."

Marketing Highlights for Walt Disney Pictures Presentation of Pixar Animat Studios' Finding Nemo Videogame Include:

- Free movie ticket packaged inside every videogame at launch

- National television campaign on ABC, NBC, FOX, CBS, WB, UPN, Cartoon Network, Nickelodeon, ABC Family and other major network supporting the game

- Print campaign for the game across major family, kids and mainstream publications, running from April through July

- National promotion featuring videogame on millions of packages of Orville Redenbacher microwave popcorn and in a Free Standing Insert reaching 45 million households

- National promotion with Frito Lay featuring videogame on more than . million packaged snacks

- National in-theater promotion featuring videogame on millions of popcorn tubs

- Cross-promotion of the game in "Finding Nemo" books, soundtrack an DVD read-along

Finding Nemo for PlayStation 2, Xbox, GameCube, Game Boy Advance, PC/MAC and Finding Nemo: Nemo's Underwater World of Fun for PC/MA(will be released in early May. For more information on Finding Nemo, or the rest of the THQ videogame lineup, please visit www.THQ.com.

**About Finding Nemo**

The Academy Award®-winning creators of "Toy Story," "A Bug's Life" and "Monsters, Inc." take the art and technology of computer animation to a who. new level in this stunning underwater adventure with memorable characters, humor and heartfelt emotion. "Finding Nemo" follows the comedic and even journeys of two fish - Marlin and his son Nemo - who become separated in tl Great Barrier. Buoyed by the companionship of a friendly-but-forgetful fish named Dory, the overly cautious father embarks on a dangerous trek and finc himself the unlikely hero of an epic journey to rescue his son - who hatches a few daring plans of his own to return safely home.

**About Walt Disney Feature Animation**

Walt Disney Feature Animation is a division of The Walt Disney Studios, which has created and produced the most successful animated films of all tin Walt Disney Studios is a unit of The Walt Disney Company (NYSE: DIS), tl world's foremost family entertainment company engaged in animated and liv action film and television production; cable and broadcast television; theme parks and resorts; character merchandise licensing; consumer products retaili and book, magazine and music publishing.

**About Pixar Animation Studios**

Pixar Animation Studios (NASDAQ: PIXR, www.pixar.com) combines creative and technical artistry to create original stories in the medium of computer animation. In partnership with Disney, Pixar has created four of the most successful and beloved animated films of all time: Academy Award®-winning Toy Story (1995); A Bug's Life (1998); Golden Globe-winner Toy Story 2 (1999); and the Academy Award®-winning Monsters, Inc. (2001). These four films have earned more than $1.7 billion at the worldwide box off to date. The Northern California studios' next three film releases are Finding

Nemo (May 30, 2003), The Incredibles (holiday 2004) and Cars (holiday 200

**About Disney Interactive**

Disney Interactive is the award-winning children's publishing label of Buena Vista Games, Inc. The label produces high quality children's and family-oriented interactive video games and CD-ROMs. Buena Vista Games, Inc. is the interactive entertainment arm of The Walt Disney Company's Consumer Products business unit. For more information on Disney Interactive's product visit www.disneyinteractive.com.

**About THQ**

THQ Inc. is a leading, worldwide developer and publisher of interactive entertainment software for a variety of hardware platforms including PC CD-ROM, wireless devices, and those manufactured by Sony Computer Entertainment America Inc., Nintendo and Microsoft. The THQ web site is located at www.thq.com. The THQ Wireless site is located at www.thqwireless.com.

ACADEMY AWARD® is the registered trademark of the Academy of Motic Picture Arts and Sciences.

This press release contains statements that are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on current expectations, estimates and projection: about THQ's business based, in part, on assumptions made by its managemer These statements are not guarantees of THQ's future performance or the performance of Finding Nemo videogames, including the respective media campaign and involve risks, uncertainties and assumptions that are difficult t predict. Therefore, actual outcomes and results may differ materially from wl is expressed or forecasted in such forward-looking statements due to numero factors, including, but not limited to, those described above and the following changes in demand for THQ's products, including Finding Nemo video game product mix, the timing of customer orders and deliveries, the impact of competitive products and pricing and difficulties encountered in the integrati of acquired businesses. In addition, such statements could be affected by gro rates and market conditions relating to the interactive software industry and general domestic and international economic conditions. Specific informatioi concerning these and other such factors is contained in the Registration Statement on Form S-3 filed with the Securities and Exchange Commission ( August 16, 2002. A copy of this filing may be obtained by contacting THQ o the SEC. The forward-looking statements contained herein speak only as of t date on which they are made, and THQ does not undertake any obligation to update any forward-looking statement to reflect events or circumstances after the date of this release.

TM & © 1986- 2007 Pixar. All Rights Reserved.