# EXHIBIT L

# PIXAR

HOME   FEATURE FILMS   SHORT FILMS   THE THEATER   HOW WE DO IT   ARTIST'S CORNER   RENDERMAN   **COMPANY**

About Us   History   Jobs   **Press Box**   Frequently Asked Ques



Top News
Press Releases
Awards

### Finding Nemo original Motion Picture Soundtrack drifts ashoı on Walt Disney records

### Cd goes "beyond the sea" with Robbie Williams and score composed b Thomas Newman

BURBANK, CA — Finding Nemo, the latest Walt Disney Pictures presentat of a Pixar Animation Studios film, is an underwater adventure of a father fisł that is separated from his son and must embark on an epic journey to bring hi back home. The original motion picture soundtrack will be released by Walt Disney Records on May 20, 2003.

Pixar Animation Studios, the Academy Award®-winning creators of Toy Stc A Bug's Life and Monsters, Inc. dive into a whole new world with Finding Nemo. The film follows a comedic and eventful journey of two fish - Marlin (Albert Brooks) and his son Nemo (Alexander Gould) - who become separatı in the Great Barrier Reef when Nemo is unexpectedly taken far from home a: thrust into a fish tank in a dentist's office overlooking Sydney harbor. Buoye by the companionship of a friendly-but-forgetful fish named Dory (Ellen DeGeneres), the overly cautious father embarks on a dangerous trek and find himself the unlikely hero of an epic journey to rescue his son - who hatches ɛ few daring plans of his own to return safely home. Additional voices are provided by Willem DaFoe, Brad Garrett, Allison Janney, Geoffrey Rush anc John Ratzenberger.

Written and directed by Pixar's Oscar® nominee Andrew Stanton, who co- directed the 1998 Disney/Pixar hit A Bug's Life and is credited as co- screenwriter on all four of Pixar's previous features, Finding Nemo sets a nev "high water mark" for the art and technology of computer animation with its incredible underwater world populated with memorable characters. John Lasseter (Pixar's executive vice president, creative) serves as executive producer.

Finding Nemo marks composer Thomas Newman's first foray into composin for an animated feature film. A Grammy® winner and Oscar®-nominated composer, his credits include the Title Theme to the HBO series Six Feet Under, Road to Perdition and American Beauty. "I was very scared to do it; I never done animation before," says Newman. "My cousin Randy [Newman] done the four previous ones. That was a daunting thing to come up against, because I so enjoyed his music." Newman continues, "The film looks at the father-son relationship from the father's perspective...making this a film gear to children but from the perspective of the parent. It also shows how these

beings live together in nature."

The Finding Nemo soundtrack features Brit rocker Robbie Williams' version "Beyond the Sea", taken from his 2001 release Swing When You're Winning. The song, which Bobby Darin originally made famous, perfectly captures the mystical nature of life underwater. Since leaving Take That in 1995, William has had numerous hits around the globe and has sold over 27 million records worldwide. His newest album Escapology was released in April 2003.

The Finding Nemo Original Motion Picture Soundtrack is scheduled for release on May 20, 2003 on Walt Disney Records. Disney/Pixar's Finding Nemo opens in theatres nationwide on May 30, 2003. All Walt Disney Records and Buena Vista Records audio products can also be ordered by visiting DisneyRecords.com.

TM & © 1986- 2007 Pixar. All Rights Reserved.