QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Deborah J. Thomas,<br><br>    Plaintiff,<br><br>    vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>    Defendants. | CASE NO. 3:07-CV-4392<br><br>**[PROPOSED] ORDER GRANTING MOTION TO DISMISS** |

On October 18, 2007 at 10:00 a.m., the Court heard Defendants' Motion to Dismiss Plaintiff's Complaint.  Having considered the moving and opposition papers and the arguments of the parties, the Court hereby GRANTS the motion to dismiss Plaintiff's Complaint without leave to amend.

    IT IS SO ORDERED.

DATE:_____         _____
                                                United States District Judge

76171/2202296.1