**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DEBORAH J. THOMAS,                              )<br>                              )<br>                    Plaintiff (s)          )<br>          v.                              )<br>                              )<br>                              )<br>THE WALT DISNEY CO. et al.,              )<br>                              )<br>                    Defendant (s)        )<br>_____ ) | CASE  NO. C-07-4392 MEJ<br><br>**NOTICE OF IMPENDING<br>REASSIGNMENT TO A<br>UNITED STATES<br>DISTRICT COURT JUDGE** |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

__X__   (1) One or more of the parties has requested reassignment to a United States District Judge, or

_____   (2) One or more of the parties has sought  a kind of judicial action (e.g., a temporary restraining order) that a Magistrate Judge may not take without the consent of  all parties, the necessary consents have not been secured, and time is of the essence.

_____   (3) One or more of the parties is without counsel and have not made the necessary consent to proceed before a Magistrate Judge within 30 days.

All previous hearing dates are hereby  **VACATED.**

Dated:   September 7, 2007

_____
Maria-Elena James
United States Magistrate Judge


_____
By: Brenda Tolbert, Deputy Clerk