```
 1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
      Claude M. Stern (Bar No. 96737)
 2    claudestern@quinnemanuel.com
      Evette D. Pennypacker (Bar No. 203515)
 3    evettepennypacker@quinnemanuel.com
      Andrea P. Roberts (Bar No. 228128)
 4    andrearoberts@quinnemanuel.com
    555 Twin Dolphin Drive, Suite 560
 5  Redwood Shores, California  94065-2139
    Telephone:    (650) 801-5000
 6  Facsimile:    (650) 801-5100

 7  Attorneys for Defendants, The Walt Disney
    Company, Walt Disney Pictures, Disney Book
 8  Group, LLC, Pixar, and Disney Enterprises, Inc.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| DEBORAH J. THOMAS,<br><br>   Plaintiff,<br><br>   vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY STUDIOS, DISNEY PRESS, PIXAR ANIMATION STUDIOS, WALT DISNEY FEATURE ANIMATION, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC., and DOES 1 through 100, inclusive,<br><br>   Defendants. | CASE NO. C 07-04392 MEJ<br><br>**PROOF OF SERVICE OF**<br><br>**CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE** |

# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On September 11, 2007, I served true copies of the following document(s) described as

**PROOF OF SERVICE OF CASE MANAGEMENT SCHEDULING ORDER FOR REASSIGNED CIVIL CASE**

on the parties in this action as follows:

| | |
|---|---|
| Archie S. Robinson<br>Robinson & Wood, Inc.<br>227 North First Street<br>San Jose, CA 95113 | *Attorneys for Plaintiff* |

**BY MAIL:** I enclosed the foregoing into sealed envelope(s) addressed as shown above, and I deposited such envelope(s) in the mail at Redwood Shores, California. The envelope was mailed with postage thereon fully prepaid.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 11, 2007, at Redwood Shores, California.

*[signature]*
Cristina Herrera

PROOF OF SERVICE BY MAIL

2

76359/2205263.1