1

Archie S. Robinson, Esq. [SBN 34789]
asr@robinsonwood.com

2

ROBINSON & WOOD, INC.
227 North First Street

3

San Jose, CA 95113
Telephone:   408/298-7120

4

Facsimile:    408/298-0477

5

Attorneys for Plaintiff
DEBORAH J. THOMAS

6

7

8

9

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11

12

13

DEBORAH J. THOMAS

Plaintiff,

No.  CV 07-04392 CW

**DECLARATION OF DEBORAH J. THOMAS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**

14

vs.

15

16

THE WALT DISNEY COMPANY, WALT DISNEY STUDIOS, DISNEY PRESS, PIXAR ANIMATION STUDIOS, WALT DISNEY FEATURE ANIMATION, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC. and DOES 1 through 100, Inclusive,

Date:        November 1, 2007
Time:        2:00 p.m.
Judge:       Hon. Claudia Wilken
Courtroom:   #2, 4th Floor

17

18

19

20

Defendants.

_____/

21

22

23

I, Deborah J. Thomas, declare as follows:

24

25

1. I first  became aware of the movie, "Finding Nemo," after its general release on May

26

30, 2003.

27

2. I first saw the movie, "Finding Nemo," on June 6, 2003.  Upon viewing the movie, I

28

realized for the first time that Disney had copied my story, "Squisher the Fish," and had

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

1  incorporated my story into its movie, "Finding Nemo." Prior to viewing the movie, I had no

2  knowledge that it copied and had incorporated my story.

3      3. Before they came to my attention in connection with Defendants' motion to dismiss, I

4  had not read or seen any of the news articles referred to in the Declaration of Andrea Pallios

5  Roberts in Support of Defendants' Motion to Dismiss.

6      4. I did not attend the Hollywood pre-release showing of "Finding Nemo" and was not

7  aware there had been such a showing before reading about it in connection with Defendants'

8  Motion to Dismiss.

9      5. Before May 30, 2003, I had not seen the Pixar website and was not aware of the

10  existence of any video games based on my story, "Squisher the Fish."

11      6. On or about April 27, 2004, I applied to the Register of Copyrights for a Certificate of

12  Registration for my story, "Squisher the Fish." The Certificate was issued by the Register of

13  Copyrights on April 27, 2004, and bears registration number TXu1-175-008. A true and correct

14  copy of this Certificate is attached hereto as Exhibit A.

15      I declare under penalty of perjury that the foregoing is true and correct to the best of my

16  knowledge and belief. Executed on October 11, 2007 in _Gainesville_, Florida.

17

18  _____

19  DEBORAH J. THOMAS

20

21  @PFDesktop\::ODMA/MHODMA/IMANAGE;IMANAGE;410464;1

22

23

24

25

26

27

28

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

DEC. OF DEBORAH J. THOMAS IN SUPPORT OF OPPOSITION TO MOTION TO DISMISS CV 07-04392 CW

# EXHIBIT "A"

Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, United States Code,
attests that registration has been made for the work
identified below The information on this certificate has
been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Short Form TX**
For a Nondramatic Literary Work
UNITED STATES COPYRIGHT OFFICE

REGISTRATION NUMBER

TXu 1 – 175 – 608

Effective Date of Registration
4-27-04

Examined By

Application Received
APR 27 2004

Deposit Received
One APR 27 2004 Two

Correspondence ☐

Fee Received

---

TYPE OR PRINT IN BLACK INK. DO NOT WRITE ABOVE THIS LINE.

| | | |
|---|---|---|
| **Title of This Work:** Alternative title or title of larger work in which this work was published | **1** | "Squisher the Fish |
| **Name and Address of Author and Owner of the Copyright:** Nationality or domicile Phone fax, and email. | **2** | Deborah Thomas 514 4th Street Port St Joe, Florida 32456 Phone (850) 227-1763  Fax ( ) Email apalach500@hotmail.com |
| **Year of Creation.** | **3** | 2000 |
| **If work has been published, Date and Nation of Publication.** | **4** | a Date _____ Month   Day   Year  (Month, day and year all required) b. Nation |
| **Type of Authorship in This Work:** Check all that this author created. | **5** | ☑ Text (includes fiction, nonfiction, poetry, computer programs, etc.) ☐ Illustrations ☐ Photographs ☐ Compilation of terms or data |
| **Signature:** Registration cannot be completed without a signature. | **6** | I certify that the statements made by me in this application are correct to the best of my knowledge.* Check one: ☑ Author  ☐ Authorized agent X _Deborah Thomas_ |
| **Name and Address of Person to Contact for Rights and Permissions.** Phone fax, and email. | **7** | ☐ Check here if same as #2 above Phone ( )       Fax ( ) Email |

| | | | |
|---|---|---|---|
| **8** Certificate will be mailed in window envelope to this address: | Name ▼ Deborah Thomas Number/Street/Apt ▼ 514 4th Street City/State/Zip ▼ Port St Joe, FL 32456 | **9** | Deposit Account # _____ Name _____ |

17 U.S.C. § 506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Rev August 2003—20,000  Web Rev August 2003  ⊚ Printed on recycled paper       U.S. Government Printing Office: 2003-496-605/60,027