1  Archie S. Robinson, Esq. [SBN 34789]
   asr@robinsonwood.com
2  ROBINSON & WOOD, INC.
   227 North First Street
3  San Jose, CA 95113
   Telephone:   408/298-7120
4  Facsimile:    408/298-0477

5  Attorneys for Plaintiff
   DEBORAH J. THOMAS
6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

10

11

12
   DEBORAH J. THOMAS                   No.  CV 07-04392 CW
13
             Plaintiff,                **[PROPOSED] ORDER DENYING
14                                     DEFENDANTS MOTION TO
   vs.                                 DISMISS**
15
   THE WALT DISNEY COMPANY,            Date:      November 1, 2007
16 WALT DISNEY STUDIOS, DISNEY         Time:      2:00 p.m.
   PRESS, PIXAR ANIMATION              Judge:     Hon. Claudia Wilken
17 STUDIOS, WALT DISNEY FEATURE        Courtroom: #2; 4th Floor
   ANIMATION, WALT DISNEY
18 PICTURES, DISNEY ENTERPRISES,
   INC. and DOES 1 through 100,
19 Inclusive,

20            Defendants.
                                    /
21
           On November 1, 2007 at 2:00 p.m., Defendants' Motion to Dismiss Plaintiff's
22
   Amended Complaint came on for hearing.  Having considered the moving and opposing
23
   papers and the arguments of the parties, the Court hereby DENIES the motion to dismiss
24
   Plaintiff's Amended Complaint.
25
           IT IS SO ORDERED.
26

27
   Date: _____              _____
28                                       United States District Judge

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120