QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:    (650) 801-5000
Facsimile:     (650) 801-5100

Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Deborah J. Thomas,<br><br>      Plaintiff,<br><br>    vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>      Defendants. | CASE NO. 07-CV-04392 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS** |

WHEREAS, Defendants removed Plaintiff's action to this Court on August 24, 2007 on the grounds that Plaintiff's state law claim is preempted by federal copyright law;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on August 31, 2007;

WHEREAS, this case was reassigned to this Court by Order dated September 10, 2007, and the Court set the hearing on Defendants' Motion to Dismiss Plaintiff's Complaint for November 1, 2007;

1  WHEREAS, Plaintiff filed a Motion to Remand her case to Santa Clara Superior Court on
2  September 27, 2007, and Defendants filed their Opposition to Plaintiff's Motion to Remand on
3  October 11, 2007;
4  WHEREAS, Defendants' Motion to Dismiss Plaintiff's Complaint and Plaintiff's Motion
5  to Remand are currently scheduled for hearing on November 1, 2007, and both parties' reply
6  briefs in support of their pending motions are due on October 18, 2007;
7  WHEREAS, on Friday, October 12, 2007 Plaintiff's counsel informed Defendants' counsel
8  of Plaintiff's intention to file an amended complaint alleging copyright infringement and to
9  withdraw her Motion to Remand; and
10  WHEREAS, in order to conserve resources, the parties wish to enter a schedule whereby
11  Plaintiff amends her Complaint before the briefing and hearing on Defendants' Motion to Dismiss
12  Plaintiff's Complaint is completed;
13  WHEREAS, the parties therefore agree to continue the hearing on Defendants' Motion to
14  Dismiss;
15  WHEREAS, the parties have not previously sought a continuance of the hearing date on
16  Defendants' Motion to Dismiss;
17  WHEREAS, Plaintiff agrees to file her Amended Complaint on or before October 31,
18  2007;
19  WHEREAS, the parties agree that Defendants will submit their reply in support of their
20  Motion to Dismiss, or, if necessary a new motion to dismiss, within ten court days of being served
21  with Plaintiff's Amended Complaint;
22  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through
23  their counsel of record, that:
24  • Plaintiff hereby withdraws her Motion to Remand with prejudice;
25  • The hearing on Defendants' Motion to Dismiss is continued to November 29, 2007
26      at 2:00 p.m.;
27  • Plaintiff shall file her amended complaint on or before October 31, 2007; and
28

- Defendants shall file their reply in support of their Motion to Dismiss, or, if necessary, file a new motion to dismiss, on or before ten court days after being served with Plaintiff's Amended Complaint.

DATED: October 18, 2007                ROBINSON & WOOD, INC.


By /s/ Archie S. Robinson
    Archie S. Robinson
    Attorneys for Plaintiff Deborah J. Thomas

DATED: October 18, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Evette D. Pennypacker
    Evette D. Pennypacker
    Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

**Order**

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

DATE:_____

_____
United States District Judge

**Signature Attestation**

I hereby attest that Plaintiff's counsel, Archie S. Robinson, read and agreed to the above **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS** and gave Quinn Emanuel permission to sign and file the stipulation on his behalf.

DATED: October 18, 2007　　　　QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.