1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
   Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
   Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
   Andrea Pallios Roberts (Bar No. 228128)
4    andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  Attorneys for Defendants The Walt Disney
   Company, Walt Disney Pictures, Disney Book
8  Group, LLC, Pixar, and Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| Deborah J. Thomas,<br><br>      Plaintiff,<br><br>   vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>      Defendants. | CASE NO. 07-CV-04392 CW<br><br>**STIPULATION AND ORDER REGARDING PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS** |
|---|---|

WHEREAS, Defendants removed Plaintiff's action to this Court on August 24, 2007 on the grounds that Plaintiff's state law claim is preempted by federal copyright law;

WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's Complaint on August 31, 2007;

WHEREAS, this case was reassigned to this Court by Order dated September 10, 2007, and the Court set the hearing on Defendants' Motion to Dismiss Plaintiff's Complaint for November 1, 2007;

1    WHEREAS, Plaintiff filed a Motion to Remand her case to Santa Clara Superior Court on September 27, 2007, and Defendants filed their Opposition to Plaintiff's Motion to Remand on October 11, 2007;

WHEREAS, Defendants' Motion to Dismiss Plaintiff's Complaint and Plaintiff's Motion to Remand are currently scheduled for hearing on November 1, 2007, and both parties' reply briefs in support of their pending motions are due on October 18, 2007;

WHEREAS, on Friday, October 12, 2007 Plaintiff's counsel informed Defendants' counsel of Plaintiff's intention to file an amended complaint alleging copyright infringement and to withdraw her Motion to Remand; and

WHEREAS, in order to conserve resources, the parties wish to enter a schedule whereby Plaintiff amends her Complaint before the briefing and hearing on Defendants' Motion to Dismiss Plaintiff's Complaint is completed;

WHEREAS, the parties therefore agree to continue the hearing on Defendants' Motion to Dismiss;

WHEREAS, the parties have not previously sought a continuance of the hearing date on Defendants' Motion to Dismiss;

WHEREAS, Plaintiff agrees to file her Amended Complaint on or before October 31, 2007;

WHEREAS, the parties agree that Defendants will submit their reply in support of their Motion to Dismiss, or, if necessary a new motion to dismiss, within ten court days of being served with Plaintiff's Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that:

- Plaintiff hereby withdraws her Motion to Remand with prejudice;
- The hearing on Defendants' Motion to Dismiss is continued to November 29, 2007 at 2:00 p.m.;
- Plaintiff shall file her amended complaint on or before October 31, 2007; and

- Defendants shall file their reply in support of their Motion to Dismiss, or, if necessary, file a new motion to dismiss, on or before ten court days after being served with Plaintiff's Amended Complaint.

DATED: October 18, 2007                ROBINSON & WOOD, INC.


                                       By /s/ Archie S. Robinson
                                          Archie S. Robinson
                                          Attorneys for Plaintiff Deborah J. Thomas

DATED: October 18, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


                                       By /s/ Evette D. Pennypacker
                                          Evette D. Pennypacker
                                          Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

**Order**

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

DATE: 10/25/07

United States District Judge

**Signature Attestation**

I hereby attest that Plaintiff's counsel, Archie S. Robinson, read and agreed to the above **STIPULATION AND [PROPOSED] ORDER REGARDING PLAINTIFF'S MOTION TO REMAND AND DEFENDANTS' MOTION TO DISMISS** and gave Quinn Emanuel permission to sign and file the stipulation on his behalf.

DATED: October 18, 2007                QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                       By /s/ Evette D. Pennypacker
                                          Evette D. Pennypacker
                                          Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.