# EXHIBIT D

Westlaw.                                                              NewsRoom

3/6/03 USATD 08D                                                        Page 1

3/6/03 USA TODAY 08D
2003 WLNR 6106452

USA Today (USA)
Copyright 2003 Gannett Co., Inc.

**March 6, 2003**

Section: LIFE

New films make a splash

Andy Seiler

LAS VEGAS The Toy Story people may have hooked another hit in **Finding Nemo** .
Theater owners got a first look at the latest Disney/Pixar film at the ShoWest
industry convention, which ends today. Their prediction: Nemo will be as big as the
four previous collaborations between Walt Disney and Pixar Studios (Toy Story  Toy
Story 2  Monsters, Inc.  A Bug's Life).

Due in theaters May 30, Nemo features the voices of Albert Brooks and Ellen
DeGeneres in the story of a widower clown fish who tries to find his only son after
the small fry is abducted by an Australian dentist for his aquarium.

Theater owners could not suppress their enthusiasm Tuesday night after the film's
first major screening, which got a classic Vegas introduction -- Robert Goulet
performing You've Got a Friend in Me, accompanied by a big band, a line of
showgirls and an explosion of fish-shaped confetti.

"It's a great film, phenomenal," said Millard Ochs, president of Warner Bros.
International Theatres, which has theaters in eight countries. "It's a solid
winner."

"It was excellent," chimed in Dan Harkins, CEO of Harkins Theatres, the biggest
theater chain in the Southwest. "It was really well done. It tugs at the
heartstrings. It's going to do well at the box office. It's going to be great
summer fare. The exhibitors should be exuberant about it."Writer/director Andrew
Stanton attributes the film's good buzz (and Pixar's winning streak) to a long
writing and filmmaking process and harsh self-criticism.

"Nemo has been seven years in the making in concept, four years in serious
production," he says. "There are a lot of rewrites, a lot of bad starts. We're the
harshest critics we know, and we're always willing to change things at the 11th
hour if a better idea comes along."

Other movies that elicited excitement at ShoWest:

 * In America, due May 21, is director Jim Sheridan's (My Left Foot) film about
Irish immigrants in New York in the 1980s. "In America might do very well," said

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.

Wendy McBane, manager of Central Coast Cinema in Atascadero, Calif. "It's a very honest, refreshing film." Added Mike Doty, general manager of the Jack Loeks Theatre in Mount Pleasant, Mich.: "It's not a blockbuster, but it's a terrific movie."

* Hypnotic, due in May, follows a telepathic American insomniac (ER's Goran Visnjic) hunting a serial killer in London. "I like scary movies, and this was a scary movie," said Leo Tocchini of North American Cinemas, in Santa Rosa, Calif., which operates 125 screens. "It's a cross between Silence of the Lambs and Scanners. It's a dream movie where they attack Freddy Krueger-style, but it's not as ridiculous as that." Said McBane: "It had me on the edge of my seat."

* Whale Rider, due June 6, is the tale of a girl who must win the respect of her grandfather and New Zealand's Maori tribe and fulfill an ancient legend. Whale struck many as a potential art-house hit. "I felt very close to the main characters in the movie," said Larry Haber, co-owner of the Destinta Theatres chain, which operates 85 screens in Connecticut, New Jersey, New York and Pennsylvania. "I felt they were alive and human. There were a lot of tears, a lot of laughs, and the acting was terrific. I cried through the last third."

PHOTO, B/W, Disney/Pixar\ PHOTO, B/W, Newmarket Films\ PHOTO, B/W, First Look Pictures

NOTES: Entertainment

---- INDEX REFERENCES ----

COMPANY: WARNER BROTHERS; WARNER BROS ENTERTAINMENT INC; NEMO; TIME WARNER INC; DISNEY (WALT) CO; DIGIWAVE TECHNOLOGIES INC; DISNEY (WALT)

NEWS SUBJECT: (Major Corporations (1MA93))

INDUSTRY: (Motion Pictures (1MO51); Entertainment (1EN08))

REGION: (USA (1US73); Americas (1AM92); North America (1NO39); New York (1NE72))

Language: EN

OTHER INDEXING: (ALBERT BROOKS; AMERICAN CINEMAS; B/W; CENTRAL COAST CINEMA; JACK LOEKS THEATRE; LAMBS; MONSTERS INC; NEMO; NEWMARKET FILMS; PHOTO; SOUTHWEST; TOY STORY; TOY STORY TOY STORY 2; WALT DISNEY; WARNER BROTHERS) (Added Mike Doty; Andrew Stanton; Ellen DeGeneres; Harkins Theatres; Hypnotic; International Theatres; Jim Sheridan; Larry Haber; Leo Tocchini; McBane; Millard Ochs; Pixar; Pixar Studios; Robert Goulet; Scanners; Theatres; Wendy McBane; Whale; Whale Rider) (MOVIE)

EDITION: FINAL

Word Count: 670
3/6/03 USATD 08D
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.