# EXHIBIT E

Westlaw.                                                           NewsRoom

5/20/03 DALYSTAR 10                                                  Page 1

5/20/03 Daily Star 10
2003 WLNR 8408969

Daily Star (UK)
Copyright © 2004 Express Newspapers. All rights reserved.

May 20, 2003

Section: COLUMNS

THE GOSS. THE GOSS

With LEIGH PURVES, NADIA BROOKS and AMY WATTS

MUM'S the word on the celebrity circuit right now - because leggy lovelies are stepping out with their tiny tots.

Supermodel Helena Christensen (left) casually tucked in her son during a shopping trip in downtown New York's trendy Soho district while Brit beauty Kate Moss (above left) looked lovely in a sexy white skirt as she headed off with baby Lola to meet mates for lunch in the Big Apple.

Sadie Frost's little girl Iris (above) giggled in a nurse's outfit while her mum struggled to carry heavy bags out of the North London home she once shared with hunky actor Jude Law.

And gorgeous model mum Claudia Schiffer (right) left the crowd All Shook Up with excitement when she took her little boy Presley to the US **premiere** of Disney's underwater animated movie **Finding Nemo**. P i c u r s

---- INDEX REFERENCES ----

Language:  EN

OTHER INDEXING:  (BRIT; GOSS; MUM)  (Claudia Schiffer; Finding Nemo; Jude Law; Kate Moss; Sadie Frost; Supermodel Helena Christensen)

EDITION: 1ST

Word Count: 158
5/20/03 DALYSTAR 10
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. U.S. Govt. Works.