# EXHIBIT J

# P I X A R

HOME    FEATURE FILMS    SHORT FILMS    THE THEATER    HOW WE DO IT    ARTIST'S CORNER    RENDERMAN    **COMPANY**

About Us    History    Jobs    **Press Box**    Frequently Asked Ques



Top News
Press Releases
Awards

## THQ To Develop Two Titles for Mac/IBM PC Based on Disney/Pixar's Finding Nemo

### Games Scheduled For Release With The Animated Feature In May 20(

CALABASAS HILLS, CA - January 7, 2003 - THQ® Inc. (NASDAQ: THQ] today announced that it is currently developing two titles for Mac/IBM PC based on Disney/Pixar's *Finding Nemo*, scheduled for release concurrent witl its theatrical debut on May 30, 2003. THQ's interactive adventures based, on *Finding Nemo*, are the first under the Company's exclusive, multi-property publishing agreement with award-winning interactive entertainment publishe Disney Interactive and the Academy Award®-winning Pixar Animation Studi

"Pixar's track record of animated films has demonstrated the successful translation of creative technology and humor into blockbuster animated moti pictures including Disney/Pixar's Toy Story, A Bug's Life, Toy Story 2, and, most recently, Monsters, Inc.," said Peter Dille, vice president, marketing, TI "Our interactive adaptations of each of these Disney/Pixar properties have be top performers at retail and we look forward to bringing *Finding Nemo* to multiple platforms, alongside the movie, for kids of all ages to enjoy."

THQ will publish two different titles based on the *Finding Nemo* for the Mac/IBM PC, each developed by Know Wonder, an Amaze Entertainment Studio. The first Disney/Pixar's *Finding Nemo* for the Mac/IBM PC will feat arcade-style gameplay and follow the adventures of Nemo and his marine-lif friends. The game will be set in a 3-D underwater environment and allow players to play key movie characters including Nemo, Marlin and Dory, eacl with varied abilities. Gamers will explore several levels including mini-game and bonus levels.

The second offering of Disney/Pixar's *Finding Nemo* (working title) for the Mac/IBM PC be an adventure game featuring mini-games and puzzle challenges involving the film's central characters. Each game will be geared 1 entertain, challenge, and inspire kids to exercise their creative and critical thinking skills. The games will include puzzles designed to cultivate exploration, cooperation and problem solving. Following the movie's messag the game will help teach children courage, perseverance, trust and the value ( coming to the aid of one another.

THQ will also release Disney/Pixar's *Finding Nemo* for PlayStation®2, Xbox GameCube(TM) and Game Boy® Advance concurrent with the movie. For m

information on *Finding Nemo*, or the rest of the THQ videogame lineup, plea visit www.THQ.com.

**About Disney/Pixar's *Finding Nemo***

The Academy Award®-winning creators of *Toy Story*, *A Bug's Life* and *Monsters, Inc.* take the art and technology of computer animation to a whole new level in this stunning underwater adventure with memorable characters, humor and heartfelt emotion. *Finding Nemo* follows the comedic and eventfu journeys of two fish - Marlin and his son Nemo - who become separated in th Great Barrier Reef when Nemo is unexpectedly taken far from home and thru into a fish tank in a dentist's office overlooking Sydney harbor. Buoyed by th companionship of a friendly-but-forgetful fish named Dory, the overly cautic father embarks on a dangerous trek and finds himself the unlikely hero of an epic journey to rescue his son - who hatches a few daring plans of his own to return safely home. Disney/Pixar's *Finding Nemo* will release in theaters nationwide on May 30, 2003.

**About Walt Disney Feature Animation**

Walt Disney Feature Animation is a division of The Walt Disney Studios, which has created and produced the most successful animated films of all tim Walt Disney Studios is a unit of The Walt Disney Company (NYSE: DIS), th world's foremost family entertainment company engaged in animated and liv action film and television production; cable and broadcast television; theme parks and resorts; character merchandise licensing; consumer products retaili and book, magazine and music publishing.

**About Pixar Animation Studios**

Pixar Animation Studios (Nasdaq: PIXR, www.pixar.com) combines creativ and technical artistry to create original stories in the medium of computer animation. Pixar has created four of the most successful and beloved animate films of all time: Academy Award®-winning *Toy Story* (1995); *A Bug's Life* (1998); Golden Globe-winner *Toy Story 2* (1999); and the Academy Award®-winning *Monsters, Inc.* (2001). These four films have earned more than $1.7 billion at the worldwide box office to date. The Northern California studios' next three film releases are *Finding Nemo* (May 30, 2003), *The Incredibles* (holiday 2004) and *Cars* (holiday 2005).

**About Disney Interactive**

Disney Interactive, Inc., a worldwide leader in the creation of innovative interactive entertainment, develops, markets and globally distributes a wide variety of interactive family-oriented entertainment, educational and sports C ROMs and video games. Disney Interactive is the multimedia arm of The W: Disney Company's Consumer Products business unit. For more information c Disney Interactive's products, visit www.disneyinteractive.com.

**About THQ**

THQ Inc. is a leading, worldwide developer and publisher of interactive entertainment software for a variety of hardware platforms including PC CD-ROM, wireless devices, and those manufactured by Sony Computer Entertainment America Inc., Nintendo and Microsoft. The THQ web site is located at www.thq.com. The THQ Wireless site is located at www.thqwireless.com.

ACADEMY AWARD® is the registered trademark of the Academy of Motion Picture Arts and Sciences.

This press release contains statements that are forward-looking statements within the meaning of the Private Securities Litigation Reform Act of 1995. These statements are based on current expectations, estimates and projections about THQ's business based, in part, on assumptions made by its management. These statements are not guarantees of THQ's future performance and involve risks, uncertainties and assumptions that are difficult to predict. Therefore, actual outcomes and results may differ materially from what is expressed or forecasted in such forward-looking statements due to numerous factors, including, but not limited to, those described above and the following: changes in demand for THQ's products, product mix, the timing of customer orders and deliveries, the impact of competitive products and pricing and difficulties encountered in the integration of acquired businesses. In addition, such statements could be affected by growth rates and market conditions relating to the interactive software industry and general domestic and international economic conditions. Specific information concerning these and other such factors is contained in THQ's Registration Statement on Form S-3 filed with Securities and Exchange Commission on August 16, 2002. A copy of this filing may be obtained by contacting THQ or the SEC. The forward-looking statements contained herein speak only as of the date on which they are made, and THQ does not undertake any obligation to update any forward-looking statement to reflect events or circumstances after the date of this release.

TM & © 1986- 2007 Pixar. All Rights Reserved.