# EXHIBIT M

Westlaw.                                                                NewsRoom

11/7/03 LEXINGTONHLD 10                                                  Page 1

11/7/03 Lexington Herald Leader 10
2003 WLNR 16181223

Lexington Herald-Leader (KY)
Copyright 2003 Lexington Herald-Leader

November 7, 2003

Section: Weekender

BIG PLANS FOR A LITTLE FISH
EXPECTATIONS HIGH FOR SALE OF 'NEMO' DVD SET

Omar L. Gallaga Cox News Service

If you're a parent, it's likely that the disc you'll have sitting in your DVD player for at least the next month will be **Finding** **Nemo**, a two-DVD set that hit stores Tuesday.

The good news is that the film (and its multitude of shimmery DVD extras) is a joy. The Pixar fish film has become, since its summer release, the highest-grossing animated film in history and garnered some of the best critical cartoon hosannas since ... well, since Pixar's last film, Monster's, Inc.

At the box office, **Finding Nemo** surpassed The Lion King, which reached DVD shelves recently. The two releases probably won't just be stocking stuffers at Christmas: They're likely to be on constant rotation on family TV screens from now till New Year's.

Lion King sold 3 million copies in its first two days of **release** on **DVD**. Expectations were even higher for Nemo. If the film follows its box office course, it could break the all-time home video sales record set by Lion King, which originally sold 32 million copies on VHS in the mid-'90s. These days, DVD counts for the majority of home video sales.

Like The Lion King and other Disney **DVD releases** (Pixar made the film but it bears the stamp of the Mouse House), **Finding Nemo** is front-loaded with ads. Lots of ads. Ads for new big-screen animated films. Ads for films coming to video. Ads for next year's Pixar release (the hilarious trailer for The Incredibles).

If the commercials don't wear you out, you'll finally make it to the DVD's main menu, where funny fish Marlin and Dory (Albert Brooks and the great Ellen DeGeneres) chide you to make a selection: "Just keep watching, just keep watching," Dory sings if you don't hurry and pick an option.

The two-disc set features widescreen and full-screen presentations of the film, and both look gorgeous. The film was transferred digitally to DVD (live-action movies can lose quality going from film to DVD), and its watery look is saturated with rich colors and seamless, detailed animation, even on the lowliest of TV sets. While widescreen is definitely the way to go, prickly viewers with an aversion to

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

black bars can go for the full-screen edition on disk two, which was re-edited by the Pixar computer wizards to keep slicing and dicing of the image to a minimum.

Extras include a very funny and brief documentary on marine life featuring Jean-Michel Cousteau (son of the late Jacques), who cries, "Upstaged by fish! This would have never happened to Papa!" when his lecture is continually interrupted by Dory and friends.

A half-hour documentary gives a behind-the-scenes tour of Pixar's creative process. Lighting technicians, animators and the film's personable director Andrew Stanton (who also voices the surfer dude turtle Crush) detail the painstaking process it takes to make the computer-generated Great Barrier Reef look real. (But not too real, they reveal: Photorealism wasn't the goal -- entertainment was.)

Other extras featured are an educational look at sea creatures hosted by Mr. Ray (the film's sea ray teacher), the short film Knick Knack (it ran with Nemo in theaters), "Fisharades" (an interactive guessing game) and a video storybook featuring the film's characters.

The following were the top 10 rentals at Blockbuster Video in Lexington for the week that ended Sunday:

1. The Hulk

2. Charlie's Angels: Full Throttle

3. 28 Days Later

4. The Italian Job

5. The Matrix Reloaded

6. Wrong Turn

7. Daddy Day Care

8. Hollywood Homicide

9. Anger Management

10. Dreamcatcher

'Legally Blonde 2: Red, White & Blonde'

Reese Witherspoon returns as the legal world's most fashionable lawyer. The sequel, co-starring Sally Field and Bob Newhart, sends Witherspoon's Elle Woods to Washington, D.C., where she puts her chic spin on animal-rights lobbying in an effort to spring her dog Bruiser's mom from a cosmetics-testing lab. The DVD has seven deleted scenes, including an alternate opening, with commentary by director Charles Herman-Wurmfeld. Co-star Jennifer Coolidge does commentary for the full movie, and the disc has a making-of featurette and LeAnn Rimes music video. $27.98.

'Adam Sandler's Eight Crazy Nights'

Adam Sandler takes his schoolboy schtick to the cartoon world, providing multiple character voices in this animated holiday tale about a boozy town terror whose community-service sentence results in mayhem. The two-disc set features Sandler

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

doing commentary in the personas of two of his characters, plus separate commentary from director Seth Kearsley and collaborators. Other extras include 13 deleted scenes and 10 background featurettes. $26.95.

'To Have and Have Not,' 'Dark Passage,' 'High Sierra,' 'They Drive by Night'

Four Humphrey Bogart flicks, highlighted by 1944's To Have and Have Not, the first pairing of Bogart with future wife Lauren Bacall, in a very loose adaptation of Ernest Hemingway's novel about a boat skipper's adventures. Bogart and Bacall co-star in 1947's Dark Passage, about a prison escapee who gets a new face through plastic surgery. Bogart co-stars with George Raft and Ida Lupino in 1940's They Drive by Night, about trucker brothers framed for murder. Bogart stars in 1941's High Sierra as an over-the-hill gangster on the run. $19.98 each.

---- INDEX REFERENCES ----

COMPANY: PIXAR

NEWS SUBJECT:   (Major Corporations (1MA93))

INDUSTRY:   (Motion Pictures (1MO51); Entertainment (1EN08); Video Retail & Rental (1VI93))

Language:   EN

OTHER INDEXING:   (DVD; ERNEST HEMINGWAY; GREAT BARRIER REEF; MATRIX RELOADED; MOUSE HOUSE; PIXAR; TV; VHS)   (Adam Sandler; Albert Brooks; Andrew Stanton; Bacall; BIG PLANS; Bob Newhart; Bogart; Bruiser; Charles Herman; Ellen DeGeneres; Finding Nemo; George Raft; High Sierra; Humphrey Bogart; Ida Lupino; Jennifer Coolidge; King; Knick Knack; Lauren Bacall; LeAnn Rimes; Lion King; Marlin; Monster; Nemo; Papa; Ray; Reese Witherspoon; Sally Field; Sandler; Seth Kearsley; Witherspoon)

EDITION: Final

Word Count: 1038
11/7/03 LEXINGTONHLD 10
END OF DOCUMENT

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.