# EXHIBIT O

Westlaw.                                                                    NewsRoom

11/19/03 BOSTONH 56                                                          Page 1


11/19/03 Boston Herald 56
2003 WLNR 656846

Boston Herald (MA)
Copyright (c) 2003 Boston Herald. All rights reserved.

November 19, 2003


Section: edg


HOTLINE; Tedeschi, Hathaway help Berklee celebrate


Berklee College of Music will celebrate the 20th anniversary of its Singers' Showcase concert with a special performance slated for Dec. 11 at Berklee Performance Center that will include alumni Susan Tedeschi and Lalah Hathaway. Hathaway will perform live via videocast from Los Angeles and sing the original tune "Boston" from her upcoming disc. Eight current Berklee students plus other alumni also will perform, with a 13-piece band. Tickets are $10; call 617-747-2261.

Fish tops Hobbits

In just two weeks, "**Finding Nemo**" has replaced "The Lord of the Rings: The Fellowship of the Ring" as the best-selling DVD title of all time. The Walt Disney Co./Pixar animated adventure has sold 15 million double-disc **DVDs**, while the first installment of the "Rings" trilogy has sold about 14.5 million DVD units-- in all versions (widescreen/full- screen/special editions) since its Aug. 6, 2002, **release**.

Lowdown on Sting tix

Yesterday we announced the Sting shows at the Orpheum on March 15 and 16, but here are ticket details: Tickets, $52.50-$127.50, go on sale Saturday at 10 a.m. at the box office, all Ticketmaster outlets, 617-931-2000 or 617-228-6000, and www.ticketmaster.com.

January is 'Idol' time

In a flurry of network scheduling news Monday, Fox announced Jan. 20 will be the premiere date for the next "American Idol."

BRA names artist housing firm

The Boston Redevelopment Authority yesterday selected The New Atlantic Development Corp. to construct a three-building residential complex in the South End that would include more than 30 units of artist housing. The Boston development firm plans to refurbish the former Joshua Bates Elementary School at 731 Harrison Ave. and construct two new buildings on city-owned lots on either side of the century-old stone schoolhouse. The project also calls for 12 workspaces for artists, and more than a dozen market-rate housing units. The project would be the

© 2007 Thomson/West. No Claim to Orig. US Gov. Works.

first artist housing complex built on city-owned property. It is expected to receive official approval at a Dec. 4 BRA board meeting.  - MARY JO PALUMBO

   Shreve learns the weight of honor

   Tonight, writer Anita Shreve will be honored by the Boston Center for Adult Education as the second recipient of The American Journey Award for Literary Achievement. Shreve, author of seven novels, including "The Pilot's Wife" and "The Weight of Water," will speak at 7 p.m. at Faneuil Hall. Tickets are $15. A reception will be held at 5:30 p.m. at the Bostonian Hotel. Tickets are $50 for both events and registration is required. Call 617-267-4430 or go to www.bcae.org.

   They play good, and they eat good

   Darryl Settles, owner of Bob the Chef's Jazz Cafe, has cooked up a new booking agency, BeanTown Sounds, for local jazz, blues and r & b acts. The company already has more than two dozen acts on its roster, including the Boston Horns, Ashanti & Umoja 9, Herman Johnson, Tracey Rose and Jose Ramos. BeanTown Sounds is an offshoot of Settles' role in the BeanTown Jazz Festival and includes jazz musician Paulo Danay and producer/manager Craig Alan Eleazer. Call 617-822-9576.  - DEAN JOHNSON

   Compiled by Joel Brown from staff and wire reports.

                      ---- INDEX REFERENCES ----

COMPANY: DISNEY (WALT) CO

INDUSTRY:  (Music Concert News (1MU45); Entertainment (1EN08); Music (1MU57))

REGION:  (Massachusetts (1MA15); USA (1US73); Americas (1AM92); New England (1NE37); North America (1NO39))

Language:  EN

OTHER INDEXING:  (AMERICAN JOURNEY AWARD; ATLANTIC DEVELOPMENT CORP; BEANTOWN JAZZ FESTIVAL; BERKLEE; BERKLEE COLLEGE OF MUSIC; BERKLEE PERFORMANCE CENTER; BOSTON; BOSTON CENTER FOR ADULT EDUCATION; BOSTON HORNS ASHANTI UMOJA 9; BOSTON REDEVELOPMENT AUTHORITY; BOSTONIAN HOTEL; BRA; CRAIG ALAN ELEAZER; DVD; HARRISON AVE; JAZZ CAFE; JOHNSON; JOSHUA BATES ELEMENTARY SCHOOL; LITERARY ACHIEVEMENT; STING; WALT DISNEY CO)  (Anita Shreve; BeanTown Sounds; Darryl Settles; Faneuil Hall; Finding Nemo; Fish tops Hobbits; Herman Johnson; Idol; January is 'Idol; Joel Brown; Jose Ramos; Lowdown; Paulo Danay; Rose; Settles; Shreve; Tonight)

EDITION: All

Word Count: 633
11/19/03 BOSTONH 56
END OF DOCUMENT

         © 2007 Thomson/West. No Claim to Orig. US Gov. Works.