# EXHIBIT R

# P I X A R



**Top News**

**Press Releases**

**Awards**

## FINDING NEMO Sells 8 Million Units on DVD and Video In Fi Day Becoming Fastest Selling DVD and Video Ever

BURBANK, Calif., November 5, 2003 - On its first day of availability, Walt Disney Pictures presentation of a Pixar Animation Studios film, FINDING NEMO sold 8 million units on DVD and video in North America, it was announced today by Steve Jobs, Chairman and Chief Executive Officer of Pi Animation Studios (Nasdaq: PIXR), Michael Eisner, Chief Executive Officer The Walt Disney Company (NYSE: DIS) and Bob Chapek, President of Bue Vista Home Entertainment. The 8 million units sold to date has FINDING NEMO "swimming circles" around the previous industry record of first day sales of 5 million units previously held by Monsters, Inc., also a Walt Disney Pictures presentation of a Pixar Animation Studios film. Based on this first d sales figure alone, FINDING NEMO is now on track to be the best-selling D and video of 2003 and the top selling DVD of all time.

"We couldn't be more excited about the overwhelming success of FINDING NEMO," said Pixar CEO Steve Jobs. "Andrew Stanton, Lee Unkrich, Grahar Walters and the Pixar crew have created an amazing film that has touched the hearts of millions."

"The computer-animated blockbuster that captivated adults and children alike with oceans of fun continues to deliver with its debut on video and DVD, wh just goes to show the power of blending superior story telling with cutting-ed technology," said Michael D. Eisner, chairman and CEO of The Walt Disney Company. "FINDING NEMO'S position as the #1 movie in the U.S. so far th year makes it no surprise that there's such a high demand for this film from consumers and retailers alike."

President of Buena Vista Home Entertainment, Bob Chapek added, "We're thrilled that the public has embraced the FINDING NEMO DVD and video i this wonderful way. We are working furiously around the clock with our duplication facilities to keep up with this overwhelming consumer demand across North America." Commenting on the first day sales record, Chapek added, "With the tremendous support by both retail and consumers this new one record reinforces the admiration that audiences have for this wonderful film."

Disc one of this Collector's Edition features the 'widescreen' presentation of t film and includes a visual commentary with deleted scenes, features on the creation of the film, virtual aquariums, art galleries and more. Disc two featu the 'full frame' version of the film and includes a family-friendly menu of

games, underwater explorations, fish encyclopedia, virtual aquariums and mo
This tidal wave of laughs, adventure and heartfelt emotion is available on DV
for $29.99 (S.R.P.) and on VHS for $24.99 (S.R.P.).

About Walt Disney Home Entertainment Walt Disney Home Entertainment i
distributed by Buena Vista Home Entertainment, Inc., a recognized industry
leader. A subsidiary of the Walt Disney Company, Buena Vista Home
Entertainment Inc. is the marketing, sales and distribution company for all W
Disney, Touchstone, Miramax, Dimension and Buena Vista DVDs and
videocassettes.

About Pixar Animation Studios Pixar Animation Studios (Nasdaq: PIXR,
http://www.pixar.com) combines creative and technical artistry to create
original stories in the medium of computer animation. Pixar has created five
the most successful and beloved animated films of all time: Academy Award
winning Toy Story (1995); A Bug's Life (1998); Golden Globe-winner Toy
Story 2 (1999); the Academy Award®-winning Monsters, Inc. (2001); and
Finding Nemo (2003). Pixar's five films have earned more than $2.2 billion a
the worldwide box office to date. The Northern California studio's next two f
releases are The Incredibles (November 5, 2004) and Cars (holiday 2005).
Pixar's films are released by Walt Disney Pictures.

Artwork is available at www.BVHEpublicity.com.

SATELLITE COORDINATES:

Thursday, 11/6 5:00 - 5:15 AM ET Telstar 5 (C-Band) Transponder 23
Downlink Freq: 4160 Vertical

Thursday, 11/6 8:00 - 8:15 AM ET Telstar 6 (C-Band) Transponder 18
Downlink Freq: 4060 Horizontal

TM & © 1986- 2007 Pixar. All Rights Reserved.