# EXHIBIT S

# PIXAR

HOME | FEATURE FILMS | SHORT FILMS | THE THEATER | HOW WE DO IT | ARTIST'S CORNER | RENDERMAN | **COMPANY**

About Us | History | Jobs | **Press Box** | Frequently Asked Ques



Top News
Press Releases
Awards

### Finding Nemo Shatters DVD Records

### 20 million DVD/VHS copies sold in first 14 days of Sales!

BURBANK, Calif., November 17, 2003 - Walt Disney Pictures presentation a Pixar Animation Studios film FINDING NEMO has sold 15 million DVDs making it the #1 DVD of all time, in addition Nemo has sold 20 million combined DVD/VHS units within its first 14 days in the United States and Canadian market, it was announced today by Steve Jobs, Chairman and Chie Executive Officer of Pixar Animation Studios (Nasdaq: PIXR), Michael Eisn Chief Executive Officer of The Walt Disney Company (NYSE: DIS) and Bo Chapek, President of Buena Vista Home Entertainment.

Commenting on this exciting accomplishment, Jobs said, "Pixar's creative te: pours their hearts into creating the industry's best DVDs for our films, so this resounding success is especially gratifying. We're thrilled beyond words."

Eisner commented, "The computer-animated blockbuster that captivated adu and children alike with oceans of fun continues to deliver after its record-sett first week on video and DVD, which just goes to show the power of blending superior story telling with cutting-edge technology," said Eisner. "The home entertainment success of films like 'Finding Nemo' proves that the consumer' enjoyment of our properties continues far beyond the theatrical release, and t these enduring films provide a strong, sustained revenue stream for the company."

President of Buena Vista Home Entertainment, Bob Chapek added, "No amo of research could have ever predicted this type of overwhelming response frc consumers across all demographics. Given the exceptional demand, we expe sales to stay strong through the holidays securing 'Finding Nemo' as the best selling title of the year."

Disc one of this Collector's Edition features the 'widescreen' presentation of t film and includes a visual commentary with deleted scenes, features on the creation of the film, virtual aquariums, art galleries and more. Disc two featu the 'full frame' version of the film and includes a family-friendly menu of games, underwater explorations, fish encyclopedia, virtual aquariums and mc This tidal wave of laughs, adventure and heartfelt emotion is available on DV for $29.99 (S.R.P.) and on VHS for $24.99 (S.R.P.).

**About Walt Disney Home Entertainment**

Walt Disney Home Entertainment is distributed by Buena Vista Home Entertainment, Inc., a recognized industry leader. A subsidiary of the Walt Disney Company, Buena Vista Home Entertainment Inc. is the marketing, sa and distribution company for all Walt Disney, Touchstone, Miramax, Dimension and Buena Vista DVDs and videocassettes.

**About Pixar Animation Studios**

Pixar Animation Studios (Nasdaq: PIXR, http://www.pixar.com) combines creative and technical artistry to create original stories in the medium of computer animation. Pixar has created five of the most successful and belove animated films of all time: Academy Award®-winning Toy Story (1995); A Bug's Life (1998); Golden Globe-winner Toy Story 2 (1999); the Academy Award®-winning Monsters, Inc. (2001); and Finding Nemo (2003). Pixar's f films have earned more than $2.2 billion at the worldwide box office to date. The Northern California studio's next two film releases are The Incredibles (November 5, 2004) and Cars (holiday 2005). Pixar's films are released by W Disney Pictures.

Artwork is available at www.BVHEpublicity.com.

**SATELLITE COORDINATES:**

Tuesday, 11/18
5:00 - 5:15 AM ET
Telstar 5 (C-Band)
Transponder 23
Downlink Freq: 4160 Vertical

Tuesday, 11/18
8:00 - 8:15 AM ET
Telstar 5 (C-Band)
Transponder 24
Downlink Freq: 4180 Horizontal

TM & © 1986- 2007 Pixar. All Rights Reserved.