| | |
|---|---|
| 1 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| | Claude M. Stern (Bar No. 96737) |
| 2 | claudestern@quinnemanuel.com |
| | Evette D. Pennypacker (Bar No. 203515) |
| 3 | evettepennypacker@quinnemanuel.com |
| | Andrea Pallios Roberts (Bar No. 228128) |
| 4 | andreaproberts@quinnemanuel.com |
| | 555 Twin Dolphin Drive, Suite 560 |
| 5 | Redwood Shores, California 94065-2139 |
| | Telephone:   (650) 801-5000 |
| 6 | Facsimile:    (650) 801-5100 |
| 7 | Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| Deborah J. Thomas, | | CASE NO. 4:07-cv-4392 |
| Plaintiff, | | **NOTICE OF MANUAL FILING OF EXHIBIT U** |
| vs. | | |
| The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive, | | |
| Defendants. | | |

PLEASE TAKE NOTICE that Exhibit U to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint will be manually filed. Exhibit S is a DVD copy of "Finding Nemo" which cannot feasibly be converted to electronic format by scanning.

51279/2293111.1

| | | |
|---|---|---|
| 1 | DATED: November 15, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |
| 2 | | |
| 3 | | |
| 4 | | By /s/_____<br>Claude M. Stern<br>Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

51279/2293111.176171/2202296.1

-2-

NOTICE OF MANUAL FILING