# PROOF OF SERVICE

I am employed in the County of San Mateo, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 555 Twin Dolphin Drive, Suite 560, Redwood Shores, California 94065-2139.

On November 16, 2007, I served true copies of the following document(s) described as

**EXHIBIT U TO MANUAL FILING RE: DECLARATION OF ANDREA PALLIOS ROBERTS IN SUPPORT OF DEFENDANTS MOTION TO DISMISS FIRST AMENDED COMPLAINT**

on the parties in this action as follows:

| | |
|---|---|
| Archie S. Robinson<br>Robinson & Wood, Inc.<br>227 North First Street<br>San Jose, CA 95113 | *Attorneys for Plaintiff* |

**BY MESSENGER SERVICE:** Messenger service delivered such envelope(s) by hand to the office of the person(s) being served.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 16, 2007, at Redwood Shores, California.

_____
Sandra Nichols

quinn emanuel

76359/2205263.1

2

51279/2296849.1