1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Andrea Pallios Roberts (Bar No. 228128)
4    andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  Attorneys for Defendants The Walt Disney
   Company, Walt Disney Pictures, Disney Book
8  Group, LLC, Pixar, and Disney Enterprises, Inc.

9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       OAKLAND DIVISION

13  Deborah J. Thomas,                    CASE NO. 4:07-CV-4392

14              Plaintiff,                **[PROPOSED] ORDER GRANTING
                                          MOTION TO DISMISS PLAINTIFF'S
15       vs.                              FIRST AMENDED COMPLAINT**

16  The Walt Disney Company, Walt Disney
    Studios, Disney Press, Pixar Animation
17  Studios, Walt Disney Feature Animation, Walt
    Disney Pictures, Disney Enterprises, Inc., and
18  DOES 1 through 100, Inclusive,

19              Defendants.

20

21       On December 20, 2007, the Court heard Defendants' Motion to Dismiss Plaintiff's First

22  Amended Complaint.  Having considered the parties' papers and oral arguments, the Court hereby

23  GRANTS Defendants' motion to dismiss Plaintiff's First Amended Complaint without leave to

24  amend.  Plaintiff's First Amended Complaint is hereby dismissed with prejudice.

25       IT IS SO ORDERED.

26

27  DATE:_____        _____
                                         Claudia Wilken
28                                       United States District Judge