QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065-2139
Telephone:   (650) 801-5000
Facsimile:   (650) 801-5100

Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Deborah J. Thomas,<br><br>            Plaintiff,<br><br>      vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>            Defendants. | CASE NO. 4:07-cv-4392<br><br>**NOTICE OF MANUAL FILING OF EXHIBIT U** |

PLEASE TAKE NOTICE that Exhibit U to the Declaration of Andrea Pallios Roberts in Support of Defendants' Motion to Dismiss Plaintiff's First Amended Complaint will be manually filed. Exhibit U is a DVD copy of "Finding Nemo" which cannot feasibly be converted to electronic format by scanning.

| | |
|---|---|
| 1  DATED: November 19, 2007 | QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP |

By /s/ _____
Claude M. Stern
Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.