QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
  Evette D. Pennypacker (Bar No. 203515)
  evettepennypacker@quinnemanuel.com
  Andrea Pallios Roberts (Bar No. 228128)
  andreaproberts@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California  94065-2139
Telephone:     (650) 801-5000
Facsimile:      (650) 801-5100

Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Deborah J. Thomas,<br><br>           Plaintiff,<br><br>vs.<br><br>The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,<br><br>           Defendants. | CASE NO. 07-CV-04392 CW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND DISCOVERY SCHEDULE** |

   WHEREAS, Plaintiff filed a First Amended Complaint on October 31, 2007;

   WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on November 15, 2007;

   WHEREAS, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is currently scheduled to be heard on December 20, 2007 at 2:00 p.m.;

   WHEREAS, Plaintiff's counsel is not available on the noticed hearing date, and the parties agreed to continue the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint to January 31, 2008 at 2:00 p.m.;

51279/2253278.1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE

1  WHEREAS, the parties have not previously sought a continuance of the hearing date on
2  Defendants' Motion to Dismiss Plaintiff's First Amended Complaint;

3  WHEREAS, the parties further agreed not to undertake discovery in this matter until the
4  Court issues an order resolving Defendants' Motion to Dismiss Plaintiff's First Amended
5  Complaint;

6  NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through
7  their counsel of record, that:

- The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued to January 31 , 2008 at 2:00 p.m. in this Court;
- Plaintiff's response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Defendants' reply in support thereof shall be filed in accordance with this Court's Local Rules; and
- The parties shall not undertake any discovery in this matter until after this Court issues an order on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

DATED: November 21, 2007        ROBINSON & WOOD, INC.


                                By /s/ Archie S. Robinson
                                Archie S. Robinson
                                Attorneys for Plaintiff Deborah J. Thomas


DATED: November 21, 2007        QUINN EMANUEL URQUHART OLIVER &
                                HEDGES, LLP


                                By    /s/ Evette D. Pennypacker
                                Evette D. Pennypacker
                                Attorneys for Defendants The Walt Disney
                                Company, Walt Disney Pictures, Disney Book
                                Group, LLC, Pixar, and Disney Enterprises, Inc.

51279/2253278.1

-2-
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S
FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE

**Order**

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

DATE:_____    _____
United States District Judge

51279/2253278.1

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE

### Signature Attestation

I hereby attest that Plaintiff's counsel, Archie S. Robinson, read and agreed to the above **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE** and gave Quinn Emanuel permission to sign and file the stipulation on his behalf.

DATED: November 21, 2007          QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

51279/2253278.1

-4-
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE