1  QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
     Claude M. Stern (Bar No. 96737)
2    claudestern@quinnemanuel.com
     Evette D. Pennypacker (Bar No. 203515)
3    evettepennypacker@quinnemanuel.com
     Andrea Pallios Roberts (Bar No. 228128)
4    andreaproberts@quinnemanuel.com
   555 Twin Dolphin Drive, Suite 560
5  Redwood Shores, California 94065-2139
   Telephone:    (650) 801-5000
6  Facsimile:    (650) 801-5100

7  Attorneys for Defendants The Walt Disney
   Company, Walt Disney Pictures, Disney Book
8  Group, LLC, Pixar, and Disney Enterprises, Inc.

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11                          OAKLAND DIVISION

12 | Deborah J. Thomas,                    | CASE NO. 07-CV-04392 CW
13 |            Plaintiff,                 | STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS'
14 |     vs.                               | MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND
15 | The Walt Disney Company, Walt Disney  | DISCOVERY SCHEDULE
   | Studios, Disney Press, Pixar Animation
16 | Studios, Walt Disney Feature Animation, Walt
   | Disney Pictures, Disney Enterprises, Inc., and
17 | DOES 1 through 100, Inclusive,
18 |            Defendants.

19

20

21     WHEREAS, Plaintiff filed a First Amended Complaint on October 31, 2007;

22     WHEREAS, Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint on

23  November 15, 2007;

24     WHEREAS, Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is

25  currently scheduled to be heard on December 20, 2007 at 2:00 p.m.;

26     WHEREAS, Plaintiff's counsel is not available on the noticed hearing date, and the parties

27  agreed to continue the hearing on Defendants' Motion to Dismiss Plaintiff's First Amended

28  Complaint to January 31, 2008 at 2:00 p.m.;

51279/2253278.1

STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE

1     WHEREAS, the parties have not previously sought a continuance of the hearing date on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint;

    WHEREAS, the parties further agreed not to undertake discovery in this matter until the Court issues an order resolving Defendants' Motion to Dismiss Plaintiff's First Amended Complaint;

    NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the parties through their counsel of record, that:

- The hearing on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint is continued to January 31 , 2008 at 2:00 p.m. in this Court;
- Plaintiff's response to Defendants' Motion to Dismiss Plaintiff's First Amended Complaint and Defendants' reply in support thereof shall be filed in accordance with this Court's Local Rules; and
- The parties shall not undertake any discovery in this matter until after this Court issues an order on Defendants' Motion to Dismiss Plaintiff's First Amended Complaint.

DATED: November 21, 2007    ROBINSON & WOOD, INC.

By /s/ Archie S. Robinson
Archie S. Robinson
Attorneys for Plaintiff Deborah J. Thomas

DATED: November 21, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By   /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

## Order

Pursuant to the foregoing stipulation between the parties, IT IS SO ORDERED.

DATE: 11/28/07

_____
United States District Judge

51279/2253278.1

-3-
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE

**Signature Attestation**

I hereby attest that Plaintiff's counsel, Archie S. Robinson, read and agreed to the above **STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE** and gave Quinn Emanuel permission to sign and file the stipulation on his behalf.

DATED: November 21, 2007        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP


By /s/ Evette D. Pennypacker
Evette D. Pennypacker
Attorneys for Defendants The Walt Disney Company, Walt Disney Pictures, Disney Book Group, LLC, Pixar, and Disney Enterprises, Inc.

51279/2253278.1

-4-
STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT AND THE PARTIES' DISCOVERY SCHEDULE