IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH J. THOMAS,<br><br>    Plaintiff,<br><br>  v.<br><br>THE WALT DISNEY COMPANY, et al.,<br><br>    Defendants.<br>_____/ | No. C 07-04392 CW<br><br>CLERK'S NOTICE CONTINUING CASE MANAGEMENT CONFERENCE |

    Notice is hereby given that the case management conference, previously set for December 11, 2007, is continued to January 31, 2008, at 2:00 p.m., to be heard along with Defendants' Motion to Dismiss Plaintiff's First Amended Complaint, in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 11/28/07

                                                    *Sheilah Cahill*
                                                  SHEILAH CAHILL
                                                  Deputy Clerk