Archie S. Robinson, Esq. [SBN 34789]
asr@robinsonwood.com
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: 408/298-7120
Facsimile: 408/298-0477

Attorneys for Plaintiff
DEBORAH J. THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DEBORAH J. THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY STUDIOS, DISNEY PRESS, PIXAR ANIMATION STUDIOS, WALT DISNEY FEATURE ANIMATION, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC. and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants. | No. CV 07-04392 CW<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**<br><br>Date: January 31, 2008<br>Time: 2:00 p.m.<br>Department: #2<br>Judge: Hon Claudia Wilken |

Pursuant to Federal Rules of Evidence 201, Plaintiff Deborah Thomas respectfully requests the Court to take judicial notice of the following facts:

1) According to Lee Unkrich, the co-director of the movie, in the original script Nemo was happy to be in the tank and did not want to go home. The original story did not focus on Nemo wanting to escape from the tank. This is reported in an interview with Mr. Unkrich. *See* Declaration of Deborah Thomas, Exhibit E. The Court can take judicial notice of the existence of this web site article. *See Caldwell v. Caldwell*, 420 F.Supp.2d 1102, 1105, n.3 (N.D. Cal. 2006).

2)   The contents of Defendants' copyright deposit of artwork for "Finding Nemo." Various artwork refers to Gill and Nemo as "King for the day" and "King of the Tank." *See* Decl. of Thomas, Exhibit F. A Court can take Judicial Notice of a party's copyright registration. *See Idema v. Dreamworks, Inc.*, 90 Fed. Appox. 496, 498 (9th Cir. 2003).

3)   There is "Finding Nemo" merchandise and video games displaying Nemo or other characters as "King of the tank." (See Decl. of Thomas, Exhs. G, H). The Court can take Judicial Notice of the existence of these web pages. *See Caldwell supra.*

4)   Initially the movie, "Finding Nemo" was a fairly dark film until a decision was made to radically lighten the movie up. This is discussed in an article on Defendants' own web site. *See* Decl. of Thomas, Exh. D (discussing that actor William H. Macy was originally the voice of Marlin when "Finding Nemo" was "still a fairly dark film."). The existence of Defendants' own website is judicially noticeable. *See Caldwell supra.*

Dated:   January 10, 2008

ROBINSON & WOOD, INC.

By   /s/
ARCHIE S. ROBINSON
Attorneys for Plaintiff
DEBORAH J. THOMAS

@PFDesktop\::ODMA/MHODMA/IMANAGE;IMANAGE;425868;1

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

2

REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS
CV 07-04392 CW