Archie S. Robinson, Esq. [SBN 34789]
asr@robinsonwood.com
ROBINSON & WOOD, INC.
227 North First Street
San Jose, CA 95113
Telephone: 408/298-7120
Facsimile: 408/298-0477

Attorneys for Plaintiff
DEBORAH J. THOMAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| DEBORAH J. THOMAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>THE WALT DISNEY COMPANY, WALT DISNEY STUDIOS, DISNEY PRESS, PIXAR ANIMATION STUDIOS, WALT DISNEY FEATURE ANIMATION, WALT DISNEY PICTURES, DISNEY ENTERPRISES, INC. and DOES 1 through 100, Inclusive,<br><br>　　　　　Defendants.<br>_____/ | No. CV 07-04392 CW<br><br>**DECLARATION OF DEBORAH J. THOMAS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS**<br><br>Date:　　　　January 31, 2008<br>Time:　　　　2:00 p.m.<br>Department:　#2<br>Judge:　　　Hon Claudia Wilken |

I, Deborah J. Thomas, declare as follows:

　　　1.　　On April 6, 2001, I submitted my original and novel story, "Squisher the Fish" to one of Defendants' departments, Disney Press. I marked my letter "submission." I included a cover letter with the submission. Attached as Exhibit A is a true and correct copy of the cover letter.

　　　2.　　The story I submitted to Defendants was slightly different than the story registered with the copyright office. The story submitted differs slightly in that the first page, second paragraph reads: "[G]uarded by his parents until the egg hatched out of the

1

DECLARATION OF DEBORAH J. THOMAS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CV 07-04392 CW

the fry" as opposed to "[O]ut of an egg hatched this tiny yellow fish." Attached as Exhibit B is a true and correct copy of the story submitted to Defendants on April 6, 2001.

3. On June 22, 2001, I received a letter from Defendants claiming that it was not their business practice to accept creative submissions. Attached as Exhibit C is a true and correct copy of that letter.

4. On July 31, 2003, I downloaded an article about Finding Nemo from one of Disney's websites. In the article, it is discussed that William H. Macy was originally the voice of Marlin, when "Finding Nemo" was "still a fairly dark film." Eventually a decision was made that the movie needed to be "radically lightened up." Attached as Exhibit D is a true and correct copy of the article.

5. On January 8, 2008, I downloaded from the website http://xpress.sfsu.edu/archives/arts/000076.html an article interviewing Lee Unkrich, co-director of the movie, "Finding Nemo." In the article he discusses that in the original conception of the movie when Nemo is taken away to the aquarium he does not want to go home. Attached as Exhibit E is a true and correct copy of the article.

6. Attached as Exhibit F, is a true and correct copy of pages from Defendants' copyright deposit registered under number VA 1-190-553. The pages reflect artwork that depicts characters Gill and Nemo as "King of the tank" or "King for the day."

7. I have noticed a variety of merchandise describing the character Nemo as "King of the tank" or "King for the day." One example is a pair of pajamas from the website: http://www.plunderhere.com/auction/cgi-bin/auction/view?cmd=view&listingID=280875 Attached as Exhibit G is a true and correct copy of a photo from the above website.

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

DECLARATION OF DEBORAH J. THOMAS IN SUPPORT OF OPPOSITION TO DEFENDANTS' MOTION TO DISMISS
CV 07-04392 CW

8. On May 25, 2007, I visited a "Finding Nemo" website and played a video game entitled "Pearl's Puzzles." After completing the game, the screen read "You did it! KING OF THE TANK". I have attached as Exhibit H a true and correct copy of the image I captured from my computer screen on May 25, 2007.

I declare under penalty of perjury that the above is true and correct to the best of my knowledge and belief. Executed on January 10, 2008 in Gainesville, Florida.

*[signature]*
Deborah J. Thomas

@PFDesktop\::ODMA/MHODMA/IMANAGE;IMANAGE;425902;1

Robinson & Wood, Inc.
227 North First Street
San Jose, CA 95113
(408) 298-7120

3