April 6, 2001

Disney Press
Joan Rosen
114 Fifth Ave.
New York, NY 10011

Dear Ms. Rosen,

I am writing you to tell you about myself and the book I have written. For several years I worked as a Divemaster and a Tropical Fish Collector in the Florida Keys. I am now the mother of a five year old daughter which inspired me for the enclosed story, *Squisher the Fish*.

I have been published as a photographer and a poet, and this is my first book. It is a children's book about a Rock Beauty, which is a type of Angelfish, and how he is captured by a human. In the years I spent chasing and catching these marvelous creatures, I learned a great deal about them and their world.

Although I am targeting ages seven through eleven, I believe this story can be enjoyed by children of all ages. I feel there is potential for this to be sold along with a cassette tape for young readers as it sounds good when read aloud.

I am currently working on another book which tells the story of what happens to Squisher while in the aquarium. I certainly hope that we can work together as I believe that this is a book with great potential. I would like to thank you for your time and consideration and I look forward to hearing from you soon.

Sincerely,

Deborah J. Thomas
(720)256-6785
4592 W. 123rd Place
Broomfield, CO 80020

**Exhibit A-1**