

Office of Counsel

June 22, 2001

Deborah J. Thomas
4592 W. 123rd Place
Broomfield, CO 80020

Dear Ms. Thomas:

Your recent submission was received by one of our Company's business units. However, while we appreciate your writing to us, our Company's policy prevents consideration of your submission.

As a matter of long-standing policy, The Walt Disney Company does not accept unsolicited creative submissions. Please understand that the policy's purpose is to prevent any confusion over the ownership of ideas that the Company is working on or considering.

Compliance with this policy on unsolicited submissions is the Legal Department's responsibility, and that is why your submission was given to us for response. We are returning it to you without having reviewed it or retaining any copies of it in our files.

Thank you very much for your interest in The Walt Disney Company.

Sincerely,

Kathryn E. Williams
Legal Assistant


KEW:amv

Encl.

Exhibit C-1