**THIS IS TO CERTIFY** that the attached color photocopy is a true representation of the work entitled **FINDING NEMO - SUMMER 2003** deposited in the Copyright Office with claim of copyright registered under **VA 1-190-553**.

**THIS IS TO CERTIFY FURTHER**, that due to the nature of the work deposited, the attached photocopy is the best possible electrostatic positive print available.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on March 4, 2004.

Marybeth Peters
Register of Copyrights

By: Tracie M. Coleman
Head
Certifications and Documents
Section
Information and Reference
Division

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.

Exhibit F-1



Exhibit F-2

**Marlin**
Superfish
Chicken of the Sea

**Nemo**
Sharkbait
Lucky fin

**Crush**
Dude

**Sharks**
Fish are friends, not food.
I am a nice shark, not an eating machine.
Can I borrow your fish friend?

**Whale**
It's ma'am.

**Gill**
That's the sound of freedom.

**Bubbles**
Bubbles be free!

**Nigel**
Fish got your tongue?

**Misc. Tank**
A pig nose!
Floss after every meal.

Making a splash
Fish out of water
Life is just a bowl of goldfish
Another school day (with school of fish)
Bottom Feeder
King for the day (Nemo)
King of the Tank (Gill)
Big Fish, Small Tank
Small Fish, Big Reef



None of this editorial has been searched for legal clearance. We strongly advise that you conduct your own search, or wait for the final Finding Nemo guide, which will include legally cleared editorial.

Editorial

52