



Exhibit G-1