



**Exhibit H-2**



**Exhibit H-3**