(Squisher the Fish)                                                          2

There are rocks and sponges, coral reef and sand,
sea whips, sea fans and sea anemones.
An Octopus has eight arms, a Starfish only five.
It is wonderful to be here, it is great to be alive!

A Butterfly-fish can't really fly,
and Needlefish can't sew.
Now invertebrates you'll like to eat...
alga is a most necessary treat...
But I wouldn't eat a jellyfish
or squeeze a Lemon Shark!

Trumpetfish aren't in a band,
and Parrotfish can't sing...
Oh I'd like to ride a Seahorse
to rescue a Damselfish!

There are Doctorfish and Surgeonfish,
the Nurse Shark is pretty cool.
The Jewfish is a giant, it grows to be eight feet!
There are Jewelfish and Jacknifes, all around the reef.
The Jawfish is a small fish, hiding in the sand.

There are Blue, Grey, French and Queen... Angelfish,
Queen Triggerfish, Queen Parrotfish to be seen.
I've seen Pigfish and Goatfish,
and a Squirrelfish with no tail...
Hogfish and Houndfish, a Catfish with a sail...
But what I want to I've never never see,
is the Polka-dot Batfish!

Look there is a Spotted Drum,
he's really kind of shy...
Oh you must see the giant Manta Ray,
through the air he jumps to fly!
There are Whales and Dolphins
and hundreds more to name.

Now the strangest thing I've ever ever seen
is the creature from above...
They sometimes snorkle silent
or diving deeper, blowing bubbles,
making noise and causing chaos...
Searching sponges, rocks and coral...
Sometimes taking us away!
Look out for these strange one's...
Because it is wonderful to be here.
It is great to be alive!

**Exhibit B-3**

(Squisher the Fish)                                                    2

   And the two fish swam along the reef, one teaching and one learning. Both were singing "It is wonderful to be here, it is great to be alive!" Then Glen stopped and smiled, his eyes were fixed. "Oh there she is, a sight to see, my one true love, her name is Emily. On her reef we will dine, I plan to care for her and make her mine."

   Young Squisher had many unanswered questions by now. "What is love?" he asked. Glen grinned with delight and began "It is love that makes you feel whole, you quiver inside and you long to be near. Your heart feels warm with the mate for your soul. When love gets you, you will know."

   Just as Squisher was about to ask the question most on his mind, Glen darted quick and fast, a huge shadow came up from behind. Glen said "Squisher swim over here! It's those creatures from above. We'll stay hidden in here until it's safe and clear." The two fish swam under the reef until they came upon a cave. "This looks pretty creepy" said Squisher to his friend. "Yes it does" said Glen "It's the home of a Spotted Moray Eel. Let's find another way so we don't become a bite in his next meal." No sooner than this was said, the eel shot out of his hole with his mouth open wide. He lunged at Glen. A near miss it was, a close call indeed. The chase went on as the two looked for a new place to hide. The wish came true for the frightened two, a tiny hole and a chance for them to escape.

   After the fish were safe in a hole, Glen sighed with relief and began "Now Squisher my friend it is time for you to see an

**Exhibit B-4**