(Squisher the Fish)                                                          4

important part of our community. We all have a purpose in the chain of life, we all play a role in our world beneath the sea. There is a place where you can work and be safe, there's plenty to eat and many friends you can make. It's a reef cleaning station that is set up by the Gobies. You can go see for yourself, all you do is clean the fish along your shelf." Little Squisher thought hard and said "Well what are we waiting for? Just lead the way, I can start today, I'm hungry for a snack and..." Glen interrupted "Hold on just a minute, there is more you need to know. Some of the fish you will service are larger than you so beware! Learn all you can from the Gobies, Wrasses and Angels. Now it is time for me to go, I believe you'll have great fun! Glen took Squisher to his new work station and left him with a friend, William the Neon Goby. Glen said "Good luck my friend, I'll see you at the days end, I'm off to court my belle."

Squisher made friends while eager to play. The first one he met was a chubby young Grouper called Mr. Grubbs. He spoke of hunters he had seen yesterday, they had sharp spears of silver shining in the sun. So frightened of the divers, Mr. Grubbs swam all night long. You see a spear pierced the fin of Squisher's new found friend, although his wound will heal, his fear will not as swiftly mend. As the two pals were exchanging fish stories they were interrupted by a girls soft voice. "Dot is my name, hey you know we look the same." A Rock Beauty she is, a cutie indeed. "Can you show me the sights and a safe place to live?"

**Exhibit B-5**

(Squisher the Fish)                                                5

Squisher said "Sure I can, you can stay with me and I'll help you all I can. I will share what I know and together we can grow and explore." Well together Squisher and Dot did so. There was fun and adventure, exploration and invention. The two were a perfect match.

Early one morning Squisher awoke to find Dot very upset. "What's the matter? he said. Dot turned and sighed "My beautiful blue circle is begining to fade." Squisher felt bad to see her sad. Then he noticed that his blue circle was also beginning to dissapear. "I guess it's a part of our growing up. But I must say that your blue eyes are more beautiful than ever before!" Well this made Dot feel happy again. You see the two fish were falling in love.

One beautiful day the pair planned to meet Glen and Emily and search for a new place to play. As the four headed south to explore this part of their reef, a Loggerhead Turtle swam to them and said "Frankie is my name and catching lobster is my game! Can you tell me is you've seen any? I won't eat them all, just as many as need to fill my belly... and maybe a jellyfish or two. Squisher pointed his fin and said "I saw some to the north under a huge brain coral just past a fork in the reef." Friendly but furious in his search, Frankie bid farewell and promptly paddled away.

The four companions wanted to play a new game. Hide and seek was now the plan. It was not surprising that Squisher wished to be the first to seek. The Blennies hid behind a nearby

**Exhibit B-6**