UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

THOMAS,

    Plaintiff,

  v.

THE WALT DISNEY COMPANY ET AL,

    Defendant.

NO. C 07-04392 CW

**MINUTE ORDER**
Date: 1/31/08

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**   **Court Reporter:** Raynee Mercado

**Appearances for Plaintiff:**
Archie Robinson

**Appearances for Defendant:**
Evette Pennypacker; Claude Stern; Andrea Pallios Roberts

**Motions:**

| | | |
|---|---|---|
| Defendants | Motion to Dismiss Plaintiff's First Amended Complaint | Under Submission |

Further briefing due:  see below
Order to be prepared by:  Court

**Case Management Conference Held?:**  No

Notes:  Motion taken under submission.  Defendant can submit a letter to the Court by Friday citing cases; Plaintiff can file a letter response by the following Monday.  **Case Management Conference is continued to 3/18/08 at 2:00 p.m. if case is not dismissed.**

Copies to:  Chambers