IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DEBORAH THOMAS,

     Plaintiff,

  v.

THE WALT DISNEY COMPANY, WALT DISNEY STUDIOS, DISNEY PRESS, PIXAR ANIMATION STUDIOS, WALT DISNEY FEATURE ANIMATION, WALT DISNEY PICTURES and DISNEY ENTERPRISES, INC.,

     Defendants.

     No. C 07-04392 CW

     **JUDGMENT**

    For the reasons set forth in this Court's Order Granting Defendants' Motion to Dismiss the First Amended Complaint,

    IT IS ORDERED AND ADJUDGED

    That Plaintiff Deborah Thomas take nothing, that the action be dismissed on the merits, and that each party bear its own costs of action.

    Dated at Oakland, California, this 14th day of February, 2008.

                               RICHARD W. WIEKING
                               Clerk of Court

                    By: _____
                               SHEILAH CAHILL
                               Deputy Clerk