# Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court

United States District Court for the Northern District of California

Division of Oakland

File Number C-07-4392 CW

FILED
MAR 17 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

Fee Pd
No Tno given

| | |
|---|---|
| DEBORAH J. THOMAS ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Notice of Appeal |
| ) | |
| THE WALT DISNEY COMPANY, WALT DISNEY ) | |
| STUDIOS, DISNEY PRESS, PIXAR ANIMATION ) | |
| STUDIOS, WALT DISNEY FEATURE ANIMATION, ) | |
| WALT DISNEY PICTURES, DISNEY ) | |
| ENTERPRISES, INC., and DOES 1 through 100, ) | |
| Inclusive, ) | |
| Defendants. ) | |

    Notice is hereby given that DEBORAH J. THOMAS, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Ninth Circuit from United States District Court for the Northern District of California, Oakland Division the Order Granting Defendants' Motion To Dismiss The First Amended Complaint entered in this action on the 14th day of February, 2008.

(s)_____
Attorney for Plaintiff – Deborah J. Thomas, Pro Se
2330 SW Williston Rd., #1216
Gainesville, FL 32608

# PROOF OF SERVICE

**DELIVERY BY FEDERAL EXPRESS: Proof of Service by Mail**

      I declare that I am over the age of eighteen years. My address is 2330 S.W. Williston Rd. #1216, Gainesville, FL 32608

On March 14, 2008
I served Claude M. Stern, counsel of record at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, Attorneys for Defendants The Walt Disney Company, Walt Disney Studios, Disney Press, Pixar Animation Studios, Walt Disney Feature Animation, Walt Disney Pictures, Disney Enterprises, Inc., and DOES 1 through 100, Inclusive,
by placing a true copy enclosed Notice of Appeal to the Northern District of California, Division of Oakland, File Number C-07-4392 CW
in a sealed envelope with postage fully prepaid via FEDERAL EXPRESS, addressed as follows:

    Claude M. Stern
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 14, 2008 at Gainesville, Florida.

Deborah J. Thomas
Name

_[signature]_
Signature