UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
**NOTICE OF APPEAL NOTIFICATION FORM**
Please Fill Out Completely

March 18, 2008

**CASE INFORMATION:**
Short Case Title:  Thomas -v- The Walt Disney Company
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No.CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.:  CV 07-04392 CW
Date Complaint/Indictment/Petition Filed: 8/24/07
Date Appealed order/judgment *entered* 2/14/08
Date NOA *filed* 3/17/08
Date(s) of Indictment  Plea Hearing  Sentencing

COA Status (check one):  ☐ granted in full (attach order)   ☐ denied in full (send record)
                         ☐ granted in part (attach order)   ☐ pending

Court Reporter(s) Name & Phone Number: Raynee Mercado

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/17/08                Date Docket Fee Billed:
Date FP granted:                              Date FP denied:
Is FP pending? ☐ yes  ☐ no                   Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                            Appellee Counsel:

   ***See attached***


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other   *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                  Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                    9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Clara Pierce
                                                    510-637-3530

C-07-4392-CW Thomas-v-The Walt Disney Company, et al

**Appellate Counsel:**

Deborah J. Thomas, Pro Se
2330 SW Williston Rd., #1216
Gainesville, FL 32608

**Appellee Counsel:**

**Andrea Pallios Roberts**
**Claude M. Stern**
**Evette Dionna Pennypacker**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065-2139
650-801-5000
Fax: 650-801-5100