UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT
NOTICE OF APPEAL NOTIFICATION FORM
Please Fill Out Completely

March 18, 2008

**RECEIVED**
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

MAR 19 2008

FILED

**CASE INFORMATION:**
Short Case Title: Thomas -v- The Walt Disney Company
Court of Appeals No. (leave blank if a unassigned
U.S. District Court, Division & Judge Name: No.CA, Oakland; Claudia Wilken
Criminal and/or Civil Case No.: CV 07-04392 CW
Date Complaint/Indictment/Petition Filed: 8/24/07
Date Appealed order/judgment *entered* 2/14/08
Date NOA *filed* 3/17/08
Date(s) of Indictment  Plea Hearing  Sentencing

08-15602

COA Status (check one):     ☐ granted in full (attach order)         ☐ denied in full (send record)
                            ☐ granted in part (attach order)         ☐ pending

Court Reporter(s) Name & Phone Number: Raynee Mercado

*Magistrate Judge's Order?  If so, please attach.*

**FEE INFORMATION**
Date Docket Fee Paid: 3/17/08              Date Docket Fee Billed:
Date FP granted:                           Date FP denied:
Is FP pending? ☐ yes  ☐ no                 Was FP limited ☐?  Revoked ☐?
US Government Appeal? ☐ yes  ☐ no
Companion Cases?  Please list:

**RECEIVED**
MAR 26 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

*Please attach copy of any order granting, denying or revoking FP.*

**COUNSEL INFORMATION** (Please include email address)
Appellate Counsel:                          Appellee Counsel:

    ***See attached***


☐ retained  ☐ CJA  ☐ FPD  ☐ Pro Se  ☐ Other    *Please attach appointment order.*

**DEFENDANT INFORMATION**
Prisoner ID:                                Address:
Custody:
Bail:


**AMENDED NOTIFICATION INFORMATION**
Date Fees Paid:                  9th Circuit Docket Number:


Name & Phone Number of Person Completing this Form: Clara Pierce
                                510-637-3530

**Appellate Counsel:**

Deborah J. Thomas, Pro Se
2330 SW Williston Rd., #1216
Gainesville, FL 32608


**Appellee Counsel:**

**Andrea Pallios Roberts**
**Claude M. Stern**
**Evette Dionna Pennypacker**
Quinn Emanuel Urquhart Oliver & Hedges LLP
555 Twin Dolphin Drive
Suite 560
Redwood Shores, CA 94065-2139
650-801-5000
Fax: 650-801-5100

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

MAR 21 2008

MOLLY DWYER, ACTING CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| DEBORAH J THOMAS,<br><br>        Plaintiff - Appellant<br><br>  v.<br><br>THE WALT DISNEY COMPANY; WALT DISNEY STUDIOS; DISNEY PRESS; PIXAR ANIMATION STUDIOS; WALT DISNEY FEATURE ANIMATION; WALT DISNEY PICTURES; DISNEY ENTERPRISES, INC.,<br><br>        Defendants - Appellees | No.  08-15602<br>D.C. No.  4:07-CV-04392-CW<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule:

| | |
|---|---|
| **Thu., March 27, 2008** | Appellant/petitioner shall notify appellee/respondent of transcripts to be ordered, pursuant to 9th Cir. R. 10-3.1(a); |
| **Mon., April 7, 2008** | Appellee/respondent shall notify appellant/petitioner of any additional transcripts needed, pursuant to 9th Cir. R. 10-3.1(b); |
| **Wed., April 16, 2008** | Appellant/petitioner shall file transcript order form with the district court and make payment arrangements with court reporter, pursuant to 9th Cir. R. 10-3.1; |
| **Fri., May 16, 2008** | Court reporter shall file transcript in the district court, pursuant to FRAP 11(b) and 9th Cir. R. 11-1.1; |

| | |
|---|---|
| **Wed., July 2, 2008** | Appellant/petitioner's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1; |
| **Fri., August 1, 2008** | The brief of appellee/respondent shall be filed and served, pursuant to FRAP 32 and 9th Cir. R. 32-1 |

**The optional appellant/petitioner reply brief shall be filed and served within fourteen days of service of the appellee/respondent's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1**

**Appellants/Petitioners without representation of counsel in a prisoner appeal may have their case submitted on the briefs and record without oral argument, pursuant to FRAP 34(a). Within 10 days of the filing of the appellant's opening brief, parties may file a statement setting forth the reasons why, in the opinion of the parties, oral argument should be heard.**

FOR THE COURT:
Molly Dwyer
Acting Clerk of Court

RT
Ruben Talavera
Deputy Clerk




Molly Dwyer
Acting Clerk of Court

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
95 Seventh Street
Post Office Box 193939
San Francisco, California 94119-3939

(415) 355-8000

March 21, 2008

USCA9 No.:   08-15602
D.C. No.:    4:07-CV-04392-CW
Short Title: Deborah Thomas v. The Walt Disney Company, et al

Dear Counsel:

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit.

The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case. Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for designating and filing the reporter's transcript, if applicable, filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

The following information is being provided in an attempt to answer the most frequently asked questions regarding the appellate process. Please review this information very carefully. For convenience, we use the term "Circuit Rules" instead of "Rules of the United States Court of Appeals for the Ninth Circuit" and "FRAP" instead of "Federal Rules of Appellate Procedure."

Enclosed with this letter is an appellate processing schedule along with a case processing checklist to help you monitor the progress of your case.

**Appellants/Petitioners who are filing pro se should refer to the accompanying information sheet regarding the filing of informal briefs.**