# UNITED STATES DISTRICT COURT

FOR THE __Oakland Division__   DISTRICT OF ~~the~~ __Northern District of CA__

## Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. __08-15602__   U.S. District Court Case No. __4:07-CV-04392-CW__

Short Case Title __Deborah Thomas v. The Walt Disney Company, et al__

Date Notice of Appeal Filed by Clerk of District Court __March 17, 2008__

**FILED MAR 27 2008**
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**SECTION A** — To be completed by party ordering transcript

| HEARING DATE | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | ~~Voir Dire~~ |
| | | ~~Opening Statements~~ |
| | | ~~Settlement Instructions~~ |
| | | ~~Closing Arguments~~ |
| | | ~~Jury Instructions~~ |
| Jan. 31, 2008 | Raynee H. Mercado | Pre-Trial Proceedings |
| | | Other (please specify) |

(attach additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

(✓) As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __3/26/08__

Estimated date for completion of transcript __3/19/08__

Signature of Attorney __Deborah Thomas pro se__   Phone Number __(352) 377-8530__

Address: __2330 SW Williston Rd. #1216, Gainesville, FL 32608__

---

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals of the Ninth Circuit regarding the designation and ordering of court reporters' transcripts.

Please note the specific instructions below. If there are further questions, contact the Clerk's Office, U. S. Court of Appeals for the Ninth Circuit at (415) 744-9800.

### SPECIFIC INSTRUCTIONS FOR ATTORNEYS

(1) Pick up form from district court clerk's office when filing the notice of appeal.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter. Contact court reporter to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

CA9-036 (10/1/82)

☆ U.S. GOVERNMENT PRINTING OFFICE: 1996—786-665/59128

COPY ONE