# PROOF OF SERVICE

For U.S. Court of Appeals docket No. 08-15602
Deborah Thomas v. The Walt Disney Company, et al

01/31/08 Hearing Transcript – C 07-04392 CW

**DELIVERY BY FEDERAL EXPRESS: Standard Overnight**

I declare that I am over the age of eighteen years. My address is 2330 S.W. Williston Rd. #1216, Gainesville, FL 32608

On March 26, 2008
I served Claude M. Stern, counsel of record at the law firm QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP, Attorneys for Defendants The Walt Disney Company, et al,
by placing notice of order and Copy Four of the enclosed Transcript Designation and Ordering Form to the Court Reporter for 1/31/08 hearing, Northern District of California, Division of Oakland, File Number C-07-4392 CW
in a sealed envelope with postage fully prepaid via FEDERAL EXPRESS, addressed as follows:

    Claude M. Stern
    Quinn Emanuel Urquhart Oliver & Hedges, LLP
    555 Twin Dolphin Drive, Suite 560
    Redwood Shores, California 94065

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on March 26, 2008 at Gainesville, Florida.

Deborah J. Thomas
Name

*[signature]*
Signature

*[FILED stamp: MAR 27 2008, RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, OAKLAND]*

Deborah Thomas
2330 S.W. Williston Rd. #1216
Gainesville, FL  32608


Claude M. Stern
Quinn Emanuel Urquhart Oliver & Hedges, LLP
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065

RE: Deborah Thomas v. The Walt Disney Company, et al
    01/31/08 Hearing Transcript – C 07-04392 CW
    For U.S. Court of Appeals docket No. 08-15602

See enclosed Copy 4 of the Transcript Designation and Ordering Form.  Please note I am ordering the entire transcript.

Deborah Thomas *pro se*